☐ ORIGINAL

DOCKET No. **15mg215**          DEFENDANT: **Evgeny Buryakov**

AUSA **Adam Fee**               DEF.'S COUNSEL **Sabrina Shroff**
                                ☐ RETAINED   ☑ FEDERAL DEFENDERS   ☐ CJA

☐ _____ INTERPRETER NEEDED       ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☑ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.    DATE OF ARREST **1/26/2015**   ☐ VOL. SURR.
                                                            TIME OF ARREST **11:45 a.m.**   ☐ ON WRIT
☐ Other: _____                                    TIME OF PRESENTMENT **5:20 p.m.**

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE     ☑ DETENTION: RISK OF FLIGHT/DANGER     ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $ _____ PRB
☐ _____ FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION     ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT     ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION     ☐ HOME DETENTION     ☐ CURFEW     ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

*U.S. DISTRICT COURT FILED JAN 2 6 2015 S.D. OF N.Y.*

*DOC # 5*

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

**Defendant is detained on risk of flight. The nature of the allegations suggest that he will have every resource available to flee the country and avoid facing the charges.**

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY          ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED                    ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED                    ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING **2/9/2015**     ☐ ON DEFENDANT'S CONSENT

DATE: **1/26/15**                             _____
                                              UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE   PINK - U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2