F2bWburC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

          v.                          15 CR 73 (RMB)
                                       Arraignment


EVGENY BURYAKOV,

                    Defendant.

------------------------------x

                                  New York, N.Y.
                                  February 11, 2015
                                  9:30 a.m.


Before:

                  HON. RICHARD M. BERMAN,

                                    District Judge


                      APPEARANCES

PREET BHARARA
     United States Attorney for the
     Southern District of New York
ANNA M. SKOTKO
     Assistant United States Attorney

LATHAM & WATKINS LLP
     Attorneys for Defendant
BENJAMIN A. NAFTALIS
IRINA SIVACHENKO


ALSO PRESENT:  NELLY ALISHAEV, Interpreter (Russian)

F2bWburC

```
1              (Case called)

2              THE COURT:  Good morning, everybody.  Please be

3      seated.  Let's start by noting that we have a Russian language

4      interpreter.  But am I correct, Mr. Buryakov, is that the

5      correct pronunciation?

6              THE DEFENDANT:  Yes (in English).

7              THE COURT:  Do you need the interpreter, or is she

8      here on a standby capacity?

9              THE DEFENDANT:  Standby (in English).

10             THE COURT:  Great.  Thank you.  The first order of

11     business is arraignment.  I would just ask the government

12     briefly to summarize, really briefly, the two-count indictment

13     which was handed down a day or two ago.

14             MS. SKOTKO:  Yes, your Honor.  The defendant is

15     charged in two counts in an indictment that was filed on

16     Monday.  The first count charges him with conspiring to act as

17     an unregistered agent of a foreign government, in violation of

18     Title 18, United States Code, Section 371, and the second count

19     charges him with the substantive offense of acting as an

20     unregistered agent of a foreign government, in violation of

21     Title 18, United States Code, Section 951.

22             THE COURT:  Thank you.

23             Mr. Naftalis, are you relief counsel for the

24     defendant?

25             MR. NAFTALIS:  I am, along with my colleague,
```

F2bWburC

1    Ms. Sivachenko.

2              THE COURT:  Let me ask you whether you have received a

3    copy of the indictment that the assistant just described.

4              MR. NAFTALIS:  We have.  I've reviewed it with our

5    client, and we waive its public reading.

6              THE COURT:  And what plea would you like to enter?

7              MR. NAFTALIS:  If we could enter a plea of not guilty,

8    your Honor.

9              THE COURT:  That really completes the technical

10   aspects of arraignment.  I have just a couple of questions.

11   What happened before the magistrate judge with respect to bail

12   and where does that stand?

13             MS. SKOTKO:  Your Honor, the defendant was detained.

14   There was oral argument on the bail application, and he was

15   detained pending indictment.

16             THE COURT:  Right.  Is that continuing at this point?

17   Is there any application?  If there is or will be, I would

18   request that that be in writing, so initiated by the defense,

19   if you were to make one, and then we would have a response by

20   the government.

21             MR. NAFTALIS:  Thank you, your Honor.

22             THE COURT:  Next, my practice following arraignment is

23   to ask counsel for both sides where they think the case is

24   going and in what time frame.  That may be somewhat difficult

25   to respond to at this time, but let's hear from the government

F2bWburC

```
 1    and the defense.

 2              MS. SKOTKO:  Yes, Judge.  We've been in touch with

 3    defense counsel.  The government plans on producing

 4    unclassified discovery in about two weeks and we can produce

 5    that on a rolling basis.  We will be submitting a protective

 6    order to the Court, which I understand will be with the consent

 7    of the defense.  There is classified discovery in this case,

 8    and we've started the process of requests to get defense

 9    counsel and the Court's staff the necessary clearances.  In my

10    conversations with defense counsel, I think we're in agreement

11    that a status conference approximately 45 days out would be

12    appropriate here.

13              THE COURT:  Mr. Naftalis.

14              MR. NAFTALIS:  That's correct, your Honor.  The only

15    other thing I discussed with Ms. Skotko was receiving summary

16    translations and draft translations pursuant to a draft

17    transcript stipulation as they become available to the

18    government.  My understanding is that the bulk of the discovery

19    in this case is in Russian, and I think it would be helpful to

20    be working in English as much as we can.

21              THE COURT:  So you and she are working together to

22    resolve that issue.

23              MR. NAFTALIS:  We've talked about it.  I'm just noting

24    it for the record.

25              THE COURT:  Great.  Let me propose a date for you.
```

F2bWburC

1   How about a status conference for Thursday, March 26, at 10

2   a.m.; does that work for you?

3           MS. SKOTKO:  Yes, your Honor.

4           MR. NAFTALIS:  Your Honor, I have to check my

5   calendar, and I will write to the Court if that doesn't work.

6   My wife is due the day before, and I might have to put her

7   delivery in front of the next appearance.

8           THE COURT:  Understood.  We'll hold that for now and

9   see if that needs to be changed or not.

10          MR. NAFTALIS:  Thank you.

11          THE COURT:  Is there an issue of speedy trial and/or

12  an application for waiver?

13          MS. SKOTKO:  Yes, your Honor.  The government would

14  request that time be excluded under the Speedy Trial Act to

15  allow the government an opportunity to produce discovery and

16  defense counsel an opportunity to review it and for us to

17  continue discussions.

18          MR. NAFTALIS:  No objection.

19          THE COURT:  I'm going to find under 18 United States

20  Code Section 3161 that the request for adjournment joined in by

21  both sides is appropriate and warrants exclusion of the

22  adjourned time from speedy trial calculations.  I further find

23  that the exclusion is designed to prevent any possible

24  miscarriage of justice, to facilitate these proceedings,

25  including review of the initial discovery materials, and to

F2bWburC

1    guarantee effective representation of and preparation by

2    counsel for both parties, and thus the need for exclusion and

3    the ends of justice outweigh the interests of the public and

4    the defendant in a speedy trial, pursuant to 18 U.S.C. Section

5    3161(h)(7)(A) and (B).

6              That pretty much concludes our work for today, unless

7    there's anything further from the government.

8              MS. SKOTKO:  No, your Honor.  Thank you.

9              THE COURT:  How about the defense?

10             MR. NAFTALIS:  No, your Honor.  Thank you.

11             THE COURT:  Nice to see you all.  Thanks.  We're

12   adjourned.

13             (Adjourned)

14

15

16

17

18

19

20

21

22

23

24

25