**WHITE & CASE**

White & Case LLP  
1155 Avenue of the Americas  
New York, New York 10036-2787  

Tel  + 1 212 819 8200  
Fax + 1 212 354 8113  
whitecase.com  

May 10, 2015

VIA ECF

The Honorable Richard M. Berman  
United States District Judge  
Southern District of New York  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re:   United States v. Evgeny Buryakov, 15 Cr. 73 (RMB)

Dear Judge Berman:

We represent the defendant in the above-referenced action. We write in response to the Government's letter of May 7, 2015, requesting a hearing under *United States v. Curcio*, 680 F.2d 881 (2d Cir. 1982), in order for the Court to "question[ ] Mr. Hershman about who is paying him to represent the defendant and what, if any, instructions or advice he has received from such third party with respect to his representation of the defendant." [Dkt. No. 23, at 2]. The Government's letter does not raise a *Curcio* issue, and indeed, no *Curcio* issue exists, but in any event, we would be prepared to make an *in camera* proffer to the Court that will confirm that there is no basis for a *Curcio* hearing.

As the Court knows, the Government often brings *Curcio* motions as a precaution and to create a record to protect the Government from claims on appeal relating to conflicts of interest. Here, the Government argues that because Mr. Buryakov's legal fees are being paid by a third-party not identified to the Government, there is a potential conflict of interest that must be investigated and resolved. The Government, however, takes *Curcio* too far, and the Letter Motion does not reveal any conflict of interest.

No conflict is created simply because a third-party is paying Mr. Buryakov's legal fees. In particular, we can confirm to the Court that the third-party here is not involved in this case and is not related to any co-defendant. As such, this case is markedly different from all of the authority relied upon by the Government in its Letter Motion, and the Government has not made out a *prima facie Curcio* problem that would require a *Curcio* hearing.

ALMATY  ANKARA  ASTANA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUCHAREST  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT  GENEVA  HAMBURG  
HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MADRID  MEXICO CITY  MIAMI  MILAN  MONTERREY  MOSCOW  MUNICH  
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  UAE  WARSAW  WASHINGTON, DC  

Americas 90566874

In any event, as an efficient way of resolving the Letter Motion, we are prepared to make an *in camera* statement to the Court, regarding the fee arrangement for Mr. Buryakov and why there is no conflict of interest. *See United States v. Kliti*, 156 F.3d 150, 153 (2d Cir. 1998) ("In fulfilling [its] initial obligation to inquire into the existence of a conflict of interest, the trial court may rely on counsel's representations.").

We are prepared to appear at the Court's convenience.

Respectfully submitted,

Scott Hershman
*Counsel for Defendant Evgeny Buryakov*

cc:   Adam Fee (by electronic mail)
      Assistant United States Attorney