UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                           Government,                    15 CR. 73  (RMB)

             -against-                             **ORDER**

EVGENY BURYAKOV,
                           Defendant(s).
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

      C.J.A. attorney Sean Maher is appointed to represent the Defendant effective May 18, 2015 for Curcio hearing purposes.

Dated: New York, New York
         June 1, 2015

                                                              Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/15