```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,

      - against -

BURYAKOV,
                Defendant.
------------------------------------------------------------x

15 Cr 73 (RMB)

**ADMINISTRATIVE ORDER**

Counsel should be aware that all pleadings and documents will appear on the public docket, with limited exceptions. See Court's Individual Practices. Also, the Protective Order, dated April 27, 2015, between the Government and Scott Hershman and Kim Haviv of White & Case, signed by the Court on April 29, 2015, pertains to material that could "implicate national security concerns and impede ongoing investigations."

In addition, the parties should adhere to the Southern District of New York's ECF Privacy Policy and the E-Government Act of 2002, which provide that the following personal identifiers should be redacted from a publicly filed document: social security numbers; names of minor children; dates of birth; financial account numbers; home addresses. **The redacted version should be filed electronically in the public file and the unredacted version may be filed under seal.**

Dated: New York, New York
        June 9, 2015

                                                    **RICHARD M. BERMAN**
                                                           U.S.D.J.