# EXHIBIT A

Федеральный закон от 17.05.2007 N 82-ФЗ
(ред. от 21.07.2014)
"О банке развития"

Федеральный закон от 17.05.2007 N 82-ФЗ
(ред. от 21.07.2014)
"О банке развития"

17 мая 2007 года N 82-ФЗ

РОССИЙСКАЯ ФЕДЕРАЦИЯ

ФЕДЕРАЛЬНЫЙ ЗАКОН

О БАНКЕ РАЗВИТИЯ

Принят
Государственной Думой
20 апреля 2007 года

Одобрен
Советом Федерации
4 мая 2007 года

Список изменяющих документов
(в ред. Федеральных законов от 25.12.2009 N 340-ФЗ,
от 29.12.2010 N 437-ФЗ, от 11.07.2011 N 200-ФЗ,
от 18.07.2011 N 236-ФЗ, от 07.11.2011 N 305-ФЗ,
от 25.06.2012 N 85-ФЗ, от 21.07.2014 N 240-ФЗ)

**Глава 1. ОСНОВНЫЕ ПОЛОЖЕНИЯ**

Статья 1. Отношения, регулируемые настоящим Федеральным законом

Настоящий Федеральный закон устанавливает правовое положение, принципы организации, цели создания и деятельности, порядок реорганизации и ликвидации банка развития - государственной корпорации "Банк развития и внешнеэкономической деятельности (Внешэкономбанк)" (далее - Внешэкономбанк).

Статья 2. Правовое положение Внешэкономбанка

1. Внешэкономбанк является государственной корпорацией, созданной Российской Федерацией, статус, цели деятельности, функции и полномочия которой определяются настоящим Федеральным законом, иными федеральными законами и принятыми на их основе нормативными правовыми актами Российской Федерации.
2. Внешэкономбанк имеет печать с изображением Государственного герба Российской Федерации и полным наименованием.
3. Местом нахождения Внешэкономбанка является город Москва.
4. Полное наименование государственной корпорации - государственная корпорация "Банк развития и внешнеэкономической деятельности (Внешэкономбанк)". Сокращенное наименование государственной корпорации - Внешэкономбанк.

Статья 3. Цели деятельности и функции Внешэкономбанка

1. Внешэкономбанк действует в целях обеспечения повышения конкурентоспособности экономики Российской Федерации, ее диверсификации, стимулирования инвестиционной деятельности путем осуществления инвестиционной, внешнеэкономической, страховой, консультационной и иной предусмотренной настоящим Федеральным законом деятельности по реализации проектов в Российской Федерации и за рубежом, в том числе с участием иностранного капитала, направленных на развитие инфраструктуры, инноваций, особых экономических зон, защиту окружающей среды, на поддержку экспорта российских товаров, работ и услуг, а также на поддержку малого и среднего предпринимательства.
2. Внешэкономбанк вправе осуществлять предпринимательскую деятельность лишь постольку, поскольку это служит достижению целей, установленных частью 1 настоящей статьи, и соответствующую

Федеральный закон от 17.05.2007 N 82-ФЗ
(ред. от 21.07.2014)
"О банке развития"

этим целям. Прибыль Внешэкономбанка, полученная по результатам его деятельности, направляется в фонды Внешэкономбанка и используется исключительно для достижения целей, установленных частью 1 настоящей статьи.

3. Внешэкономбанк для достижения целей своей деятельности реализует следующие основные функции:

1) осуществляет финансирование инвестиционных проектов, направленных на развитие инфраструктуры и реализацию инновационных проектов, в том числе в форме предоставления кредитов или участия в капитале коммерческих организаций;

2) выпускает облигации и иные ценные бумаги в соответствии с законодательством Российской Федерации;

3) организует привлечение займов и кредитов и привлекает займы и кредиты, в том числе на финансовых рынках;

4) приобретает доли (акции, паи) в уставном капитале хозяйственных обществ, а также инвестиционных и паевых инвестиционных фондов;

5) осуществляет права и исполняет обязанности агента валютного контроля, установленные для уполномоченных банков;

6) выдает поручительства юридическим лицам за третьих лиц (за исключением физических лиц, в том числе индивидуальных предпринимателей);

7) приобретает у третьих лиц права требования исполнения обязательств в денежной форме и выпускает эмиссионные ценные бумаги, обеспеченные указанными требованиями;

8) организует страхование экспортных кредитов и инвестиций от предпринимательских и (или) политических рисков в соответствии с частями 6 - 9 настоящей статьи;
(п. 8 в ред. Федерального закона от 18.07.2011 N 236-ФЗ)

9) участвует в сделках, предусматривающих обязательства сторон уплачивать денежные суммы в зависимости от изменения цен на товары и ценные бумаги, курса соответствующей валюты, величины процентной ставки и уровня инфляции, в целях снижения рисков по осуществляемым операциям;

10) участвует в реализации федеральных целевых программ и государственных инвестиционных программ, проектов, включая внешнеэкономические, в том числе по государственной поддержке экспорта промышленной продукции (товаров, работ, услуг), предусмотренных федеральными законами и иными нормативными правовыми актами;

11) участвует в реализации проектов по созданию объектов инфраструктуры особых экономических зон и иных объектов, предназначенных для обеспечения функционирования этих зон, а также в порядке, установленном Правительством Российской Федерации, участвует в реализации инвестиционных проектов, имеющих общегосударственное значение и осуществляемых на условиях государственно-частного партнерства;
(п. 11 в ред. Федерального закона от 25.12.2009 N 340-ФЗ)

12) осуществляет лизинговые операции;

13) осуществляет банковское обслуживание бюджетных кредитов в случае, если эти кредиты предоставляются в целях поддержки экспорта промышленной продукции российских организаций, в том числе при сооружении объектов за рубежом и осуществлении поставок комплектного оборудования, выдачу банковских гарантий при участии российских организаций в международных торгах и реализации заключенных экспортных контрактов;

14) организует и проводит экспертизу инвестиционных проектов и проектов экспортных контрактов российских экспортеров, включая организацию экспертизы инженерно-технических решений;

15) участвует в финансовой поддержке малого и среднего предпринимательства посредством финансирования кредитных организаций и юридических лиц, осуществляющих поддержку малого и среднего предпринимательства;

16) контролирует соблюдение юридическими лицами требований, предусмотренных условиями проектов, реализуемых с участием Внешэкономбанка;

17) взаимодействует с международными организациями развития, корпорациями и институтами развития зарубежных стран и принимает участие в реализации международными организациями развития проектов на территории Российской Федерации;

18) участвует в ассоциациях, союзах и иных некоммерческих организациях, которые создаются (созданы) на территории Российской Федерации и за рубежом и целью деятельности которых является содействие экономическому развитию и инвестициям;

19) создает филиалы и открывает представительства, а также создает юридические лица на

Федеральный закон от 17.05.2007 N 82-ФЗ
(ред. от 21.07.2014)
"О банке развития"

территории Российской Федерации и за рубежом. Положения абзаца третьего пункта 3 статьи 55 Гражданского кодекса Российской Федерации не применяются при создании филиалов и открытии представительств Внешэкономбанка;
(в ред. Федерального закона от 29.12.2010 N 437-ФЗ)

20) участвует в обеспечении финансовой и гарантийной поддержки экспорта промышленной продукции российских организаций, включая предоставление государственных гарантий российским экспортерам промышленной продукции (товаров, работ, услуг), российским и иностранным банкам, кредитующим российских экспортеров, иностранных импортеров, банки-нерезиденты и иностранные государства при осуществлении экспорта промышленной продукции (товаров, работ, услуг);

21) участвует в выполнении операций по учету использования, обслуживанию и погашению государственных кредитов и займов, предоставленных Российской Федерацией иностранным государствам, иностранными государствами - Российской Федерации, и совершает международные расчеты по таким кредитам и займам;

22) осуществляет в установленном порядке работы, связанные с использованием информации, составляющей государственную тайну, иной информации ограниченного доступа и информации, в отношении которой установлено требование об обеспечении ее конфиденциальности, обеспечивает защиту такой информации;
(п. 22 в ред. Федерального закона от 11.07.2011 N 200-ФЗ)

23) осуществляет поддержку в виде гарантий судостроительным организациям, имеющим статус резидента промышленно-производственной особой экономической зоны.
(п. 23 введен Федеральным законом от 07.11.2011 N 305-ФЗ)

4. При выполнении своих функций Внешэкономбанк осуществляет следующие банковские операции:
1) привлекает во вклады денежные средства юридических лиц, участвующих в реализации проектов Внешэкономбанка;
2) открывает и ведет банковские счета юридических лиц, участвующих в реализации проектов Внешэкономбанка, корреспондентские счета в Центральном банке Российской Федерации, кредитных организациях на территории Российской Федерации, иностранных банках и международных расчетно-клиринговых центрах;
3) размещает указанные в пункте 1 настоящей части привлеченные средства от своего имени и за свой счет;
4) осуществляет расчеты по поручению юридических лиц, в том числе участвующих в реализации проектов Внешэкономбанка, включая банки-корреспонденты, по их банковским счетам;
5) осуществляет куплю-продажу иностранной валюты в наличной и безналичной формах;
6) осуществляет инкассацию денежных средств, векселей, платежных и расчетных документов и кассовое обслуживание юридических лиц, участвующих в реализации проектов Внешэкономбанка;
7) выдает банковские гарантии юридическим лицам, участвующим в реализации проектов Внешэкономбанка.

4.1. Внешэкономбанк вправе привлекать в депозиты средства Фонда национального благосостояния в порядке и на условиях, которые определяются Правительством Российской Федерации.
(часть 4.1 введена Федеральным законом от 21.07.2014 N 240-ФЗ)

4.2. В целях обеспечения достаточности собственных средств (капитала) Внешэкономбанк вправе привлекать в депозиты средства Фонда национального благосостояния на основании отдельных решений Правительства Российской Федерации на срок не менее пяти лет при условии, что соответствующие договоры депозита не содержат положений, прямо или косвенно предоставляющих право требовать досрочного возврата депозита или его части, а также досрочной уплаты процентов за пользование депозитом или досрочного расторжения договора депозита.
(часть 4.2 введена Федеральным законом от 21.07.2014 N 240-ФЗ)

5. В целях реализации проектов Внешэкономбанка, обеспечения собственной ликвидности и управления рисками Внешэкономбанк осуществляет на рынке ценных бумаг дилерскую, депозитарную деятельность, деятельность по управлению ценными бумагами, а также осуществляет доверительное управление денежными средствами и иным имуществом, в том числе находящимся в государственной собственности.

6. В целях организации страхования экспортных кредитов и инвестиций от предпринимательских и (или) политических рисков Внешэкономбанк создает открытое акционерное общество. Права акционера указанного общества реализуются Внешэкономбанком на основании решений наблюдательного совета Внешэкономбанка. В фирменное наименование указанного общества допускается включение

Федеральный закон от 17.05.2007 N 82-ФЗ
(ред. от 21.07.2014)
"О банке развития"

официального наименования Российская Федерация или Россия, а также слов, производных от этого наименования.
(часть 6 введена Федеральным законом от 18.07.2011 N 236-ФЗ)

7. Основной целью деятельности указанного в части 6 настоящей статьи открытого акционерного общества является предоставление страховых услуг при экспорте российских товаров (работ, услуг) и осуществлении инвестиций за пределами Российской Федерации. При этом указанное общество осуществляет страхование экспортных кредитов и инвестиций от предпринимательских и (или) политических рисков российских экспортеров товаров (работ, услуг), российских инвесторов, осуществляющих инвестиции за пределами территории Российской Федерации, их иностранных контрагентов по соответствующим сделкам, а также российских и иностранных кредитных организаций, осуществляющих кредитование соответствующих сделок.
(часть 7 введена Федеральным законом от 18.07.2011 N 236-ФЗ)

8. Деятельность по страхованию экспортных кредитов и инвестиций от предпринимательских и (или) политических рисков осуществляется указанным в части 6 настоящей статьи открытым акционерным обществом в порядке, устанавливаемом Правительством Российской Федерации, без получения разрешения (лицензии).
(часть 8 введена Федеральным законом от 18.07.2011 N 236-ФЗ)

9. Порядком осуществления деятельности по страхованию экспортных кредитов и инвестиций от предпринимательских и (или) политических рисков, в частности, определяются:
1) требования к правилам страхования, включая требования к сторонам договора страхования, объектам страхования, страховым суммам, страховым премиям, страховым тарифам, страховым рискам, страховым случаям, порядку заключения и исполнения договора страхования;
2) требования к обеспечению финансовой устойчивости указанного в части 6 настоящей статьи открытого акционерного общества, включая формирование и использование страхового фонда, иных фондов и резервов;
3) требования к деятельности указанного в части 6 настоящей статьи открытого акционерного общества в связи с предоставлением ему финансовой поддержки Внешэкономбанком в виде гарантий и (или) в иных формах, а также государственной поддержки в соответствии с бюджетным законодательством Российской Федерации, в том числе в виде субсидий, бюджетных инвестиций, государственных гарантий Российской Федерации;
4) порядок и формы осуществления контроля за деятельностью указанного в части 6 настоящей статьи открытого акционерного общества.
(часть 9 введена Федеральным законом от 18.07.2011 N 236-ФЗ)

Статья 4. Правовое регулирование деятельности Внешэкономбанка

1. Правовой статус и деятельность Внешэкономбанка регулируются настоящим Федеральным законом, иными федеральными законами и принятыми на их основе нормативными правовыми актами Российской Федерации.
2. Законодательство о банках и банковской деятельности распространяется на деятельность Внешэкономбанка в части, не противоречащей настоящему Федеральному закону, и с учетом установленных настоящим Федеральным законом особенностей.
3. На Внешэкономбанк не распространяются положения законодательства о банках и банковской деятельности, регулирующие порядок:
1) государственной регистрации кредитных организаций и выдачи им лицензий на осуществление банковских операций;
2) ликвидации или реорганизации кредитных организаций;
3) предоставления информации о деятельности кредитных организаций;
4) осуществления отдельных видов банковских операций и сделок в случае противоречия порядка, установленного законодательством о банках и банковской деятельности, настоящему Федеральному закону;
5) обеспечения требований устойчивости и финансовой надежности кредитных организаций, соблюдения иных обязательных требований и нормативов.
4. К отношениям, возникающим при осуществлении Внешэкономбанком возложенных на него настоящим Федеральным законом функций, применяются положения Гражданского кодекса Российской Федерации, установленные для кредитных организаций (банков).

Федеральный закон от 17.05.2007 N 82-ФЗ
(ред. от 21.07.2014)
"О банке развития"

5. На Внешэкономбанк не распространяются положения, установленные пунктами 3, 5, 7, 10 и 14 статьи 32 Федерального закона от 12 января 1996 года N 7-ФЗ "О некоммерческих организациях", регламентирующие порядок осуществления контроля за деятельностью некоммерческих организаций.

6. Основные направления и показатели инвестиционной и финансовой деятельности Внешэкономбанка, количественные ограничения на привлечение заемных средств, лимиты, основные условия, порядок и сроки предоставления кредитов и займов, участия в уставном капитале хозяйственных обществ, выдачи гарантий устанавливаются в Меморандуме о финансовой политике Внешэкономбанка (далее - Меморандум), утверждаемом Правительством Российской Федерации.

7. Порядок подготовки Меморандума, его содержание и период действия определяются Правительством Российской Федерации.

8. Функции, полномочия и порядок деятельности органов управления Внешэкономбанка определяются настоящим Федеральным законом, а также положением о наблюдательном совете Внешэкономбанка, утверждаемым Правительством Российской Федерации, и положением об органах управления Внешэкономбанка, утверждаемым наблюдательным советом Внешэкономбанка.

Статья 5. Имущество Внешэкономбанка

1. Имущество Внешэкономбанка формируется за счет имущества, полученного в результате реорганизации Банка внешнеэкономической деятельности СССР, имущественного взноса Российской Федерации, доходов, получаемых от деятельности Внешэкономбанка, добровольных имущественных взносов и пожертвований, а также за счет других законных поступлений.

2. Внешэкономбанк не отвечает по обязательствам Российской Федерации. Российская Федерация не отвечает по обязательствам Внешэкономбанка.

3. Внешэкономбанк использует свое имущество исключительно для достижения целей, ради которых он создан.

Статья 6. Взаимоотношения органов государственной власти и органов местного самоуправления с Внешэкономбанком

1. Органы государственной власти Российской Федерации, органы государственной власти субъектов Российской Федерации, органы местного самоуправления не вправе вмешиваться в деятельность Внешэкономбанка по достижению установленных настоящим Федеральным законом целей, за исключением случаев, предусмотренных федеральными законами.

2. Правительство Российской Федерации:
1) назначает на должность и освобождает от должности членов наблюдательного совета Внешэкономбанка;
2) утверждает положение о наблюдательном совете Внешэкономбанка;
3) утверждает Меморандум;
4) осуществляет иные функции, предусмотренные настоящим Федеральным законом.

3. Контроль за соблюдением Меморандума осуществляется в том числе на основе ежегодного представления Внешэкономбанком годовой бухгалтерской отчетности, аудиторского заключения по этой отчетности, а также заключения службы внутреннего контроля Внешэкономбанка по результатам проверки годовой бухгалтерской отчетности и иных документов, предусмотренных настоящим Федеральным законом.

4. В Меморандуме могут быть установлены состав и сроки представления дополнительной информации (дополнительных материалов), обязательной (обязательных) для представления Правительству Российской Федерации и Центральному банку Российской Федерации.

## Глава 2. ОТЧЕТНОСТЬ И АУДИТ ВНЕШЭКОНОМБАНКА

Статья 7. Отчетность Внешэкономбанка

1. Отчетный год Внешэкономбанка устанавливается с 1 января по 31 декабря календарного года включительно.

2. Внешэкономбанк ведет бухгалтерский учет в соответствии с установленными правилами бухгалтерского учета и отчетности для кредитных организаций Российской Федерации с учетом особенностей ведения бухгалтерского учета, устанавливаемых Центральным банком Российской Федерации.

Федеральный закон от 17.05.2007 N 82-ФЗ
(ред. от 21.07.2014)
"О банке развития"

3. Годовой отчет Внешэкономбанка составляется ежегодно не позднее 30 апреля года, следующего за отчетным, и утверждается наблюдательным советом Внешэкономбанка не позднее 15 июня года, следующего за отчетным.

4. Годовой отчет Внешэкономбанка, в том числе годовая бухгалтерская отчетность, подлежит обязательному опубликованию.

5. Годовой отчет Внешэкономбанка включает отчет о деятельности Внешэкономбанка за отчетный период, годовую бухгалтерскую отчетность, отчет о движении денежных средств, отчет о движении капитала, отчет об использовании прибыли, отчет о формировании и об использовании резервов и фондов Внешэкономбанка, а также иную информацию в соответствии со статьей 7.1 Федерального закона от 12 января 1996 года N 7-ФЗ "О некоммерческих организациях".
(в ред. Федерального закона от 29.12.2010 N 437-ФЗ)

6. Годовая бухгалтерская отчетность Внешэкономбанка состоит из бухгалтерского баланса и отчета о прибылях и об убытках.

7. Информация о деятельности Внешэкономбанка размещается на официальном сайте Внешэкономбанка в сети Интернет в соответствии со статьей 7.1 Федерального закона от 12 января 1996 года N 7-ФЗ "О некоммерческих организациях".
(часть 7 введена Федеральным законом от 29.12.2010 N 437-ФЗ)

Статья 8. Аудит Внешэкономбанка

1. Для проверки годовой бухгалтерской отчетности Внешэкономбанка наблюдательный совет Внешэкономбанка определяет на конкурсной основе аудиторскую организацию, а также размер ее вознаграждения.

2. Аудиторская организация проводит обязательный аудит годовой бухгалтерской отчетности Внешэкономбанка до утверждения ее наблюдательным советом Внешэкономбанка.

3. Аудиторское заключение подлежит обязательному опубликованию вместе с годовой бухгалтерской отчетностью Внешэкономбанка.

4. Внутренний аудит Внешэкономбанка осуществляется службой внутреннего контроля. Порядок деятельности службы внутреннего контроля определяется наблюдательным советом Внешэкономбанка.

5. Наблюдательный совет Внешэкономбанка вправе принимать решения о проведении внеочередного аудита бухгалтерской отчетности Внешэкономбанка на условиях, установленных частями 1 - 3 настоящей статьи.

### Глава 3. УПРАВЛЕНИЕ ВНЕШЭКОНОМБАНКОМ

Статья 9. Органы управления Внешэкономбанка

1. Органами управления Внешэкономбанка являются наблюдательный совет Внешэкономбанка, правление Внешэкономбанка и председатель Внешэкономбанка.

2. Размер вознаграждений и (или) компенсаций расходов членам правления Внешэкономбанка утверждается наблюдательным советом Внешэкономбанка.

3. Размер вознаграждений и (или) компенсаций членам наблюдательного совета Внешэкономбанка утверждается Правительством Российской Федерации.

Статья 10. Наблюдательный совет Внешэкономбанка

1. Высшим органом управления Внешэкономбанка является наблюдательный совет Внешэкономбанка. В наблюдательный совет Внешэкономбанка входят восемь его членов и председатель Внешэкономбанка.

2. Председателем наблюдательного совета Внешэкономбанка является Председатель Правительства Российской Федерации.

3. Председатель Внешэкономбанка входит в состав наблюдательного совета Внешэкономбанка по должности.

4. Члены наблюдательного совета Внешэкономбанка назначаются Правительством Российской Федерации в его состав сроком на пять лет.

5. Члены наблюдательного совета Внешэкономбанка, за исключением председателя Внешэкономбанка, не работают во Внешэкономбанке на постоянной основе.

Федеральный закон от 17.05.2007 N 82-ФЗ
(ред. от 21.07.2014)
"О банке развития"

6. Увольнение члена наблюдательного совета Внешэкономбанка с государственной службы не является основанием для прекращения его членства в этом совете.

7. Члены наблюдательного совета Внешэкономбанка, не являющиеся государственными служащими, осуществляют свою деятельность на договорной основе в соответствии с законодательством Российской Федерации.

8. Полномочия члена наблюдательного совета Внешэкономбанка могут быть прекращены досрочно по решению Правительства Российской Федерации. В двухмесячный срок с даты прекращения полномочий члена наблюдательного совета Внешэкономбанка Правительством Российской Федерации назначается новый член этого совета.

Статья 11. Заседания наблюдательного совета Внешэкономбанка

1. Заседания наблюдательного совета Внешэкономбанка созываются председателем наблюдательного совета Внешэкономбанка или членом этого совета, уполномоченным председателем наблюдательного совета Внешэкономбанка, по мере необходимости, но не реже одного раза в квартал.

2. Наблюдательный совет Внешэкономбанка правомочен принимать решения, если на заседании присутствуют не менее половины его членов. Решения принимаются простым большинством голосов от числа присутствующих. При равенстве числа голосов голос председательствующего на заседании наблюдательного совета Внешэкономбанка является решающим.

3. Заседание наблюдательного совета Внешэкономбанка проводится председателем наблюдательного совета Внешэкономбанка, а в его отсутствие членом наблюдательного совета, уполномоченным председателем наблюдательного совета Внешэкономбанка.

4. Протокол заседания наблюдательного совета Внешэкономбанка подписывается председательствовавшим на заседании этого совета, который несет ответственность за правильность составления протокола. Мнение членов наблюдательного совета Внешэкономбанка, оставшихся в меньшинстве при голосовании, заносится по их требованию в протокол.

5. Внеочередное заседание наблюдательного совета Внешэкономбанка проводится по решению председателя наблюдательного совета Внешэкономбанка либо по требованию службы внутреннего контроля Внешэкономбанка или аудиторской организации, проводящей обязательный аудит годовой бухгалтерской отчетности Внешэкономбанка.

Статья 12. Полномочия наблюдательного совета Внешэкономбанка

1. При осуществлении возложенных на Внешэкономбанк функций его наблюдательный совет:
1) определяет основные направления деятельности Внешэкономбанка, исходя из утвержденного Правительством Российской Федерации Меморандума;
2) утверждает положения об органах управления Внешэкономбанка;
3) утверждает положения о филиалах и представительствах Внешэкономбанка;
4) утверждает годовой отчет Внешэкономбанка;
5) утверждает финансовый план доходов и расходов (бюджет) Внешэкономбанка, порядок формирования резервов и фондов, а также порядок использования прибыли, резервов и фондов;
6) принимает решение о создании филиалов, об открытии представительств, а также о создании юридических лиц;
7) утверждает аудиторскую организацию, отобранную на конкурсной основе, для проведения ежегодного обязательного аудита годовой бухгалтерской отчетности Внешэкономбанка;
8) заслушивает отчеты председателя Внешэкономбанка по вопросам деятельности Внешэкономбанка;
9) принимает решение о назначении руководителя службы внутреннего контроля Внешэкономбанка и досрочном прекращении его полномочий;
10) принимает решение о выпуске Внешэкономбанком облигаций и определяет порядок выпуска ценных бумаг в соответствии с законодательством Российской Федерации;
11) уточняет параметры инвестиционной и финансовой деятельности Внешэкономбанка в пределах полномочий, предоставленных ему Меморандумом;
12) принимает решения об одобрении сделок или нескольких взаимосвязанных сделок, связанных с приобретением, отчуждением или возможностью отчуждения Внешэкономбанком имущества, балансовая стоимость которого составляет 10 процентов и более размера собственных средств (капитала)

Федеральный закон от 17.05.2007 N 82-ФЗ
(ред. от 21.07.2014)
"О банке развития"

Внешэкономбанка на последнюю отчетную дату, предшествующую дате принятия решения о заключении таких сделок;

13) осуществляет иные полномочия, предусмотренные настоящим Федеральным законом и Федеральным законом от 12 января 1996 года N 7-ФЗ "О некоммерческих организациях".
(в ред. Федерального закона от 29.12.2010 N 437-ФЗ)

2. Передача полномочий наблюдательного совета Внешэкономбанка, предусмотренных настоящим Федеральным законом, правлению Внешэкономбанка или председателю Внешэкономбанка не допускается.

Статья 13. Правление Внешэкономбанка

1. Правление Внешэкономбанка является коллегиальным исполнительным органом Внешэкономбанка. В состав правления Внешэкономбанка входят председатель Внешэкономбанка по должности и восемь членов правления Внешэкономбанка. Председатель Внешэкономбанка руководит работой правления Внешэкономбанка.

2. Члены правления Внешэкономбанка назначаются на должность и освобождаются от должности наблюдательным советом Внешэкономбанка по представлению председателя Внешэкономбанка.

3. Члены правления Внешэкономбанка работают во Внешэкономбанке на постоянной основе.

4. Члены правления Внешэкономбанка могут быть досрочно освобождены от исполнения полномочий наблюдательным советом Внешэкономбанка по представлению председателя Внешэкономбанка. В случае досрочного прекращения полномочий указанных лиц назначаются новые члены правления Внешэкономбанка в порядке, установленном настоящим Федеральным законом.

5. Правление Внешэкономбанка действует на основании утверждаемого наблюдательным советом Внешэкономбанка регламента, которым устанавливаются сроки, порядок созыва и проведения заседаний правления Внешэкономбанка, а также порядок принятия решений.

6. На заседании правления Внешэкономбанка ведется протокол, который представляется членам наблюдательного совета Внешэкономбанка, членам службы внутреннего контроля Внешэкономбанка и аудиторской организации по их требованию.

7. Проведение заседаний правления Внешэкономбанка организует председатель Внешэкономбанка или лицо, им уполномоченное. Протоколы заседания правления Внешэкономбанка подписываются председательствующим на соответствующем заседании.

Статья 14. Полномочия правления Внешэкономбанка

При осуществлении возложенных на Внешэкономбанк функций его правление:

1) подготавливает и вносит на утверждение наблюдательного совета Внешэкономбанка предложения об основных направлениях деятельности Внешэкономбанка и о параметрах инвестиционной и финансовой деятельности Внешэкономбанка;

2) утверждает решения о финансировании инвестиционных проектов в пределах суммы, предусмотренной положением об органах управления Внешэкономбанка;

3) подготавливает и вносит на утверждение наблюдательного совета Внешэкономбанка финансовый план доходов и расходов (бюджет) Внешэкономбанка;

4) рассматривает годовой отчет Внешэкономбанка и представляет его на утверждение наблюдательного совета Внешэкономбанка;

5) представляет в наблюдательный совет Внешэкономбанка предложения об использовании прибыли Внешэкономбанка;

6) утверждает штатное расписание Внешэкономбанка, определяет условия приема на работу, увольнения, социального обеспечения, служебные права и обязанности, систему дисциплинарных взысканий, размер и формы оплаты труда работников Внешэкономбанка в соответствии с законодательством Российской Федерации;

7) утверждает организационную структуру Внешэкономбанка;

8) осуществляет иные полномочия, предусмотренные настоящим Федеральным законом, если они не отнесены к полномочиям других органов управления Внешэкономбанка.

Статья 15. Председатель Внешэкономбанка

1. Председатель Внешэкономбанка является единоличным исполнительным органом

Федеральный закон от 17.05.2007 N 82-ФЗ
(ред. от 21.07.2014)
"О банке развития"

Внешэкономбанка и осуществляет руководство его текущей деятельностью.

2. Председатель Внешэкономбанка назначается на должность и освобождается от должности Президентом Российской Федерации. Председатель Внешэкономбанка назначается на должность по представлению Председателя Правительства Российской Федерации на срок не более пяти лет. Кандидатура нового председателя Внешэкономбанка представляется Президенту Российской Федерации за один месяц до дня истечения срока полномочий действующего председателя Внешэкономбанка.

3. В случае отклонения Президентом Российской Федерации кандидатуры председателя Внешэкономбанка председатель наблюдательного совета Внешэкономбанка в пятнадцатидневный срок представляет Президенту Российской Федерации иную кандидатуру председателя Внешэкономбанка.

4. Председатель Внешэкономбанка несет ответственность за свои действия (бездействие) в соответствии с законодательством Российской Федерации и положением об органах управления Внешэкономбанка.

5. Полномочия председателя Внешэкономбанка могут быть прекращены досрочно Президентом Российской Федерации. В месячный срок со дня досрочного прекращения полномочий председателя Внешэкономбанка председатель наблюдательного совета Внешэкономбанка представляет Президенту Российской Федерации кандидатуру председателя Внешэкономбанка в порядке, установленном настоящей статьей.

Статья 16. Полномочия председателя Внешэкономбанка

Председатель Внешэкономбанка:
1) действует от имени Внешэкономбанка и представляет без доверенности интересы Внешэкономбанка в отношениях с органами государственной власти, органами местного самоуправления, организациями иностранных государств и международными организациями, другими организациями;
2) возглавляет правление Внешэкономбанка и организует реализацию решений правления Внешэкономбанка;
3) издает приказы и распоряжения по вопросам деятельности Внешэкономбанка;
4) распределяет обязанности между своими заместителями;
5) представляет наблюдательному совету Внешэкономбанка предложения о назначении на должность и об освобождении от должности членов правления Внешэкономбанка;
6) назначает на должность и освобождает от должности работников Внешэкономбанка;
7) принимает решения по иным вопросам, отнесенным к компетенции Внешэкономбанка, за исключением вопросов, отнесенных к компетенции наблюдательного совета Внешэкономбанка и его правления.

### Глава 4. СОЗДАНИЕ, РЕОРГАНИЗАЦИЯ И ЛИКВИДАЦИЯ ВНЕШЭКОНОМБАНКА

Статья 17. Порядок создания Внешэкономбанка

1. Внешэкономбанк создается путем реорганизации в форме преобразования Банка внешнеэкономической деятельности СССР на основании настоящего Федерального закона.

2. Правительство Российской Федерации утверждает передаточный акт, указанный в части 2 статьи 20 настоящего Федерального закона, в пятнадцатидневный срок с даты его представления советом директоров Банка внешнеэкономической деятельности СССР, а также порядок, сроки и форму внесения имущества в качестве имущественного взноса Российской Федерации в уставный капитал Внешэкономбанка и состав такого имущества.

3. Внешэкономбанк подлежит государственной регистрации в порядке, установленном Федеральным законом от 8 августа 2001 года N 129-ФЗ "О государственной регистрации юридических лиц и индивидуальных предпринимателей", в пятнадцатидневный срок с даты утверждения Правительством Российской Федерации передаточного акта, указанного в части 2 статьи 20 настоящего Федерального закона.

4. Председатель Правительства Российской Федерации представляет кандидатуру на должность председателя Внешэкономбанка на утверждение Президента Российской Федерации в пятнадцатидневный срок с даты государственной регистрации Внешэкономбанка.

5. Наблюдательный совет Внешэкономбанка назначается в порядке, установленном настоящим Федеральным законом, в пятнадцатидневный срок с даты государственной регистрации Внешэкономбанка.

Федеральный закон от 17.05.2007 N 82-ФЗ
(ред. от 21.07.2014)
"О банке развития"

6. Правление Внешэкономбанка назначается в порядке, установленном настоящим Федеральным законом, в пятнадцатидневный срок со дня назначения председателя Внешэкономбанка.

Статья 18. Уставный капитал Внешэкономбанка

1. Уставный капитал Внешэкономбанка формируется в размере, устанавливаемом Правительством Российской Федерации, но не менее 70 миллиардов рублей за счет:
1) имущества Банка внешнеэкономической деятельности СССР, передаваемого в уставный капитал Внешэкономбанка;
2) находящихся в федеральной собственности акций открытого акционерного общества "Российский банк развития" и "Государственного специализированного Российского экспортно-импортного банка" (закрытого акционерного общества);
3) иного имущества по решению Правительства Российской Федерации для обеспечения формирования уставного капитала Внешэкономбанка в размере, установленном настоящей статьей.
2. При внесении акций в качестве имущественного взноса Российской Федерации в уставный капитал Внешэкономбанка их рыночная стоимость определяется в соответствии с Федеральным законом от 26 декабря 1995 года N 208-ФЗ "Об акционерных обществах" и законодательством об оценочной деятельности.
3. Уставный капитал Внешэкономбанка может быть увеличен по решению Правительства Российской Федерации за счет дополнительного имущественного взноса Российской Федерации или за счет прибыли Внешэкономбанка.
4. В качестве имущественного взноса могут выступать предприятия как имущественные комплексы, имущество федеральных государственных учреждений и иное имущество, находящееся в государственной собственности. Оценка данного имущества осуществляется в соответствии с законодательством об оценочной деятельности.
5. Уставный капитал Внешэкономбанка при его создании должен быть сформирован в течение шести месяцев с даты государственной регистрации Внешэкономбанка.

Статья 19. Реорганизация или ликвидация Внешэкономбанка

1. Внешэкономбанк может быть реорганизован или ликвидирован на основании федерального закона, определяющего порядок и сроки реорганизации или ликвидации и порядок использования имущества Внешэкономбанка.
2. К процедуре ликвидации Внешэкономбанка не применяются правила, предусмотренные законодательством о несостоятельности (банкротстве).
3. В случае ликвидации Внешэкономбанка требования по привлеченным Внешэкономбанком в соответствии с частью 4.2 статьи 3 настоящего Федерального закона депозитам удовлетворяются после удовлетворения требований всех иных кредиторов.
(часть 3 введена Федеральным законом от 21.07.2014 N 240-ФЗ)

Глава 5. ЗАКЛЮЧИТЕЛЬНЫЕ ПОЛОЖЕНИЯ

Статья 20. Порядок реорганизации Банка внешнеэкономической деятельности СССР

1. Совет директоров Банка внешнеэкономической деятельности СССР в пятнадцатидневный срок со дня вступления в силу настоящего Федерального закона обеспечивает публикацию уведомления о реорганизации Банка внешнеэкономической деятельности СССР в "Российской газете", "Вестнике государственной регистрации" и "Вестнике Банка России", которая считается письменным уведомлением кредиторов.
2. Совет директоров Банка внешнеэкономической деятельности СССР в течение двух месяцев со дня вступления в силу настоящего Федерального закона проводит инвентаризацию имущества и обязательств, составляет передаточный акт и представляет его на утверждение в Правительство Российской Федерации.
3. Передаточный акт является документом, подтверждающим правопреемство при реорганизации, и содержит положения о правопреемстве по всем обязательствам и требованиям Банка внешнеэкономической деятельности СССР в отношении всех его кредиторов и должников, включая обязательства, оспариваемые сторонами. Передаточный акт наряду с указанными сведениями должен предусматривать порядок определения правопреемства в связи с изменениями в имуществе и

Федеральный закон от 17.05.2007 N 82-ФЗ
(ред. от 21.07.2014)
"О банке развития"

обязательствах, которые могут возникнуть после даты, на которую составлен передаточный акт, в результате осуществления деятельности Банком внешнеэкономической деятельности СССР до окончания реорганизации.

4. Передаточный акт составляется на основе данных акта инвентаризации имущества и обязательств Банка внешнеэкономической деятельности СССР и последней по времени составления бухгалтерской отчетности, аудит которой проведен независимой аудиторской организацией.

5. В передаточном акте указываются все виды имущества Банка внешнеэкономической деятельности СССР, включая здания, строения, земельные участки, прочее недвижимое имущество, оборудование, инвентарь, сырье, продукцию, права требования, долги, в том числе обязательства Банка внешнеэкономической деятельности СССР по выплате платежей гражданам, перед которыми он несет ответственность за причинение вреда жизни и здоровью, а также права на обозначения, индивидуализирующие Банк внешнеэкономической деятельности СССР (фирменное наименование, товарные знаки, знаки обслуживания), и другие исключительные права.

6. С даты государственной регистрации Внешэкономбанка все права и обязанности Банка внешнеэкономической деятельности СССР, включая все права и обязанности по договорам Банка внешнеэкономической деятельности СССР, переходят к Внешэкономбанку.

7. С даты государственной регистрации Внешэкономбанка до даты формирования органов управления Внешэкономбанка члены Совета директоров Банка внешнеэкономической деятельности СССР исполняют обязанности членов правления Внешэкономбанка, председатель Банка внешнеэкономической деятельности СССР исполняет обязанности председателя Внешэкономбанка.

8. Первый бухгалтерский баланс Внешэкономбанка составляется на основе утвержденного передаточного акта, а также данных об операциях, проведенных Банком внешнеэкономической деятельности СССР до государственной регистрации Внешэкономбанка.

9. На процедуру реорганизации Банка внешнеэкономической деятельности СССР не распространяются особенности, установленные законодательством о банках и банковской деятельности и нормативными актами Центрального банка Российской Федерации.

Статья 21. Осуществление Внешэкономбанком отдельных функций

1. Функции по банковскому обслуживанию заимствований бывшего СССР и Российской Федерации, а также по организации учета, расчетов и выверки задолженности по указанным заимствованиям осуществляются Внешэкономбанком до даты, установленной Правительством Российской Федерации. Указанные функции Внешэкономбанка с даты, установленной Правительством Российской Федерации, передаются органу (организации), определенному (определенной) Правительством Российской Федерации.

2. Функции государственной управляющей компании по доверительному управлению средствами пенсионных накоплений, а также функции государственной управляющей компании средствами выплатного резерва по доверительному управлению средствами выплатного резерва и средствами пенсионных накоплений застрахованных лиц, которым установлена срочная пенсионная выплата, осуществляются Внешэкономбанком до даты, установленной Правительством Российской Федерации. В целях выполнения указанной функции Внешэкономбанк вправе осуществлять брокерскую деятельность на рынке ценных бумаг в порядке, установленном законодательством Российской Федерации.
(в ред. Федерального закона от 25.06.2012 N 85-ФЗ)

3. Внешэкономбанк осуществляет функции по обслуживанию банковских вкладов и ведению банковских счетов физических лиц в случае, если они были открыты в Банке внешнеэкономической деятельности СССР до даты реорганизации Банка внешнеэкономической деятельности СССР в соответствии со статьей 17 настоящего Федерального закона.

4. Внешэкономбанк не имеет права привлекать во вклады денежные средства физических лиц, а также зачислять дополнительные денежные средства на счета физических лиц, с которыми был заключен договор банковского счета (вклада), за исключением процентов, начисляемых в соответствии с условиями договора банковского счета (вклада). Дополнительные денежные средства, за исключением процентов, начисляемых в соответствии с условиями договора банковского счета (вклада), подлежат возврату лицам, которые дали поручение о зачислении денежных средств на счет (во вклад).

5. Договор банковского счета (вклада) с физическими лицами, заключенный до даты реорганизации Банка внешнеэкономической деятельности СССР, не подлежит расторжению, если иное не предусмотрено договором, за исключением случая обращения владельца счета (вклада) с требованием о расторжении соответствующего договора.

Федеральный закон от 17.05.2007 N 82-ФЗ
(ред. от 21.07.2014)
"О банке развития"

Президент
Российской Федерации
В.ПУТИН

Москва, Кремль
17 мая 2007 года
N 82-ФЗ

Федеральный закон от 17.05.2007 N 82-ФЗ
(ред. от 21.07.2014)
"О банке развития"

Страница 13 из 13