U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/15
```

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 30, 2015

**BY ECF & HAND**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Evgeny Buryakov**,
  **15 Cr. 73 (RMB)**

> Application Granted. July 23, 2015 conference is adjourned to July 29, 2015 @ 11:00 to enable Court adequately to review counsel's submissions. Time is excluded under Speedy Trial Act (motion).
>
> SO ORDERED:
> Date: 7/1/15   Richard M. Berman
> Richard M. Berman, U.S.D.J.

Dear Judge Berman:

The Government respectfully writes to request a brief adjournment of the Government's deadline for filing its opposition to the defendant's motion to dismiss from July 2, 2015, to July 6, 2015. Defense counsel has no objection to this request. The parties also jointly request that, in the event the Court extends the Government's filing deadline, the Court also adjourn the defendant's deadline for filing his reply from July 14, 2015, to July 17, 2015.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *Adam*
Adam Fee
Ian McGinley
Anna M. Skotko
Assistant United States Attorneys
(212) 637-2200

Cc: Scott Hershman, Esq. (by electronic mail)
  Counsel for defendant Evgeny Buryakov