

## PERSONAL

| | |
|---|---|
| Name Provided: | BURYAKOV, EVGENY EVGENYEVICH |
| Full Name in Native Language: | БУРЯКОВ ЕВГЕНИЙ ЕВГЕНЬЕВИЧ |
| Other Names Used: | NO |
| Date of Birth: | 02 MARCH 1975 |
| Place of Birth: | KUSHCHEVSKAYA, KRASNODARSKY KRAY, RUSSIA |
| Nationality: | RUSSIA |
| Other Nationalities: | NO |
| Sex: | MALE |
| Marital Status: | MARRIED |
| National Identification Number: | |
| U.S. Social Security Number: | DOES NOT APPLY |
| U.S. Taxpayer ID Number: | DOES NOT APPLY |

## PASSPORT

| | |
|---|---|
| Passport Number: | |
| Passport Book Number: | DOES NOT APPLY |
| Country/Authority that Issued Passport: | RUSSIA |

## TRAVEL

| | |
|---|---|
| Principal Applicant? | YES |
| Purpose of Your Trip to U.S. | |
| (1) Purpose: | OTHER |
| Other - Specify: | INTRACOMPANY TRANSFER (L) |
| Specific Travel Plan? | NO |
| Intended Date of Arrival: | 10 AUGUST 2010 |
| Address where you will stay in the U.S.: | SUITE 7B, 400 MADISON AVENUE |
| | NEW YORK, NEW YORK 10017 |
| Person/Entity Paying for Your Trip: | COMPANY/ORGANIZATION |
| Name of Company/Organization Paying for Trip: | VNESHECONOMBANK |
| Telephone: | |
| Relationship to You: | EMPLOYER |
| Is the address of the party paying for your trip the same as your Home or Mailing Address? | NO |
| Payee Address: | 9 AKADEMIK SAKHAROV AVENUE |
| City: | MOSCOW |
| State/Province: | DOES NOT APPLY |
| Postal Zone/ZIP Code: | 107996 |
| Country/Region: | RUSSIA |

## TRAVEL COMPANION

| | |
|---|---|
| City Where Issued: | PRETORIA |
| Country/Region Where Issued: | SOUTH AFRICA |
| Issuance Date: | 04 MARCH 2008 |
| Expiration Date: | 04 MARCH 2013 |
| Have you ever lost a passport or had one stolen? | NO |

## WORK, EDUCATION AND TRAINING

**Present Work/Education/Training**

| | |
|---|---|
| Primary Occupation: | BUSINESS |
| Present Employer or School Name: | VNESHECONOMBANK |
| Address: | 9 AKADEMIK SAKHAROV AVENUE |
| City: | MOSCOW |
| State/Province: | DOES NOT APPLY |
| Postal Zone/Zip Code: | 107996 |
| Country/Region: | RUSSIA |
| Month Salary in Local Currency: | 100000 |
| Briefly Describe your Duties: | MANAGING VNESHECONOMBANK FOREIGN REPRESENTATIVE OFFICES |

**Previous Work/Education/Training**

| | |
|---|---|
| Were you previously employed? | YES |
| (1) Employer Name: | VNESHECONOMBANK |
| Employer Address: | 9 AKADEMIK SAKHAROV AVENUE |
| City: | MOSCOW |
| State/Province: | DOES NOT APPLY |
| Postal Zone/Zip Code: | 107996 |
| Country/Region: | RUSSIA |
| Telephone Number: | ▮ |
| Job Title: | CHIEF REPRESENTATIVE IN SOUTH AFRICA |
| Supervisor's Surnames: | ▮ |
| Supervisor's Given Names: | ▮ |
| Employment Date From: | 01 OCTOBER 2004 |
| Employment Date To: | 30 APRIL 2009 |
| Briefly describe your duties: | MANAGING VNESHECONOMBANK REPRESENTATIVE OFFICE IN SOUTH AFRICA |

| | |
|---|---|
| Other Persons Traveling with You: | YES |
| Are you traveling as part of a group or organization? | NO |

Persons Traveling with You:

| | | |
|---|---|---|
| (1) Name: | ▮ | |
| Relationship to You: | SPOUSE | |
| (2) Name: | ▮ | |
| Relationship to You: | CHILD | |
| (3) Name: | ▮ | |
| Relationship to You: | CHILD | |

## US CONTACT

| | |
|---|---|
| Contact Person Name in the U.S.: | ▮ |
| Organization Name in the U.S.: | VNESHECONOMBANK NEW YORK |
| Relationship to You: | BUSINESS ASSOCIATE |
| U.S. Contact Address: | SUITE 7B, 400 MADISON AVENUE |
| | NEW YORK, NEW YORK 10017 |
| Phone Number: | ▮ |
| Email Address: | |

## PREVIOUS US TRAVEL

| | |
|---|---|
| Have you ever been in the U.S.? | YES |

Previous U.S. Visits in the last 5 years

| | |
|---|---|
| (1) Travel Date of Arrival: | 20 APRIL 2010 |
| Length of Stay: | 10 DAY(S) |
| Do you or did you hold a U.S. Driver's License? | NO |
| Have you ever been issued a U.S. Visa? | YES |
| Date Last Visa was Issued: | 29 MARCH 2010 |
| Visa Number: | ▮ |
| Are you applying for the same type of visa? | NO |
| Are you applying in the same country where the visa above is issued and is this country your principal country of residence? | YES |
| Have you been ten-printed? | YES |
| Has your U.S. Visa ever been lost or stolen? | NO |
| Has your U.S. Visa ever been cancelled or revoked? | NO |

| | | | |
|---|---|---|---|
| Have you attended any educational institutions other than elementary schools? | YES | Have you ever been refused a U.S. Visa, been refused admission to the United States, or withdrawn your application for admission at the point of entry? | NO |

**(1)** Name of Institution: ▮
Address of Institution: ▮
City: ▮
State/Province: ▮
Postal Zone/ZIP Code: ▮
Country/Region: RUSSIA
Course of Study: ACCOUNTING AND AUDIT
Date of Attendance From: 01 JULY 1992
Date of Attendance To: 30 JUNE 1996

**(2)** Name of Institution: ▮
Address of Institution: ▮
City: ▮
State/Province: ▮
Postal Zone/ZIP Code: ▮
Country/Region: RUSSIA
Course of Study: STATE AND MUNICIPAL ADMINISTRATION
Date of Attendance From: 01 JULY 1992
Date of Attendance To: 30 JUNE 1998

### TEMPORARY WORK VISA

| | |
|---|---|
| Name of Employer: | VNESHECONOMBANK REPRESENTATIVE OFFICE IN NEW YORK |
| Address: | SUITE 7B, 400 MADISON AVENUE |
| | NEW YORK, NEW YORK 10017 |
| Phone Number: | |
| Enter Monthly Income (in USD): | $14,000 |
| Do you have an application receipt/petition number? | YES |
| Name of Person/Company who Filed Petition: | VNESHECONOMBANK REPRESENTATIVE OFFICE IN NEW YORK |
| Application Receipt/Petition Number: | ▮ |

### SECURITY AND BACKGROUND

**Medical and Health**

▮

**Additional Work/Education/Training**

| | |
|---|---|
| Do you belong to a clan or tribe? | NO |
| Have you traveled to any countries within the last five years? | YES |
| (1) Countries Visited: | CYPRUS |
| (2) Countries Visited: | UNITED STATES OF AMERICA |
| (3) Countries Visited: | FINLAND |
| (4) Countries Visited: | SOUTH AFRICA |
| (5) Countries Visited: | LESOTHO |
| (6) Countries Visited: | ANGOLA |
| (7) Countries Visited: | NAMIBIA |
| (8) Countries Visited: | MOZAMBIQUE |
| Have you belonged to, contributed to, or worked for any professional, social, or charitable organization? | NO |
| Do you have any specialized skills or training, including firearms, explosives, nuclear, biological, or chemical experience? | NO |

**Criminal**

| | |
|---|---|
| Have you ever been arrested or convicted for any offense or crime, even though subject of a pardon, amnesty, or other similar action? | NO |
| Have you ever violated, or engaged in a conspiracy to violate, any law relating to controlled substances? | NO |
| Are you coming to the United States to engage in prostitution or unlawful commercialized vice or have you been engaged in prostitution or procuring prostitutes within the past 10 years? | NO |
| Have you ever been involved in, or do you seek to engage in, money laundering? | NO |

**Security**

| | |
|---|---|
| Do you seek to engage in espionage, sabotage, export control violations, or any other illegal activity while in the United States? | NO |
| Do you seek to engage in terrorist activities while in the United States or have you ever engaged in terrorist activities? | NO |

| Have you ever served in the military? | YES |
|---|---|
| (1) Name of Country/Region: | RUSSIA |
| Branch of Service: | FINANCIAL |
| Rank/Position: | LIEUTENANT |
| Military Specialty: | FINANCE |
| Date of Service From: | 03 OCTOBER 2000 |
| Date of Service To: | 20 NOVEMBER 2002 |

| Have you ever served in, been a member of, or been involved with a paramilitary unit, vigilante unit, rebel group, guerrilla group, or insurgent organization? | NO |
|---|---|

### ADDRESS AND PHONE

| Home Address: | |
|---|---|
| City: | MOSCOW |
| State/Province: | DOES NOT APPLY |
| Postal Zone/ZIP Code: | |
| Country/Region: | RUSSIA |
| Same Mailing Address? | YES |
| Primary Phone Number: | |
| Secondary Phone Number: | |
| Work Phone Number: | |
| Email Address: | |

### FAMILY

| Relatives | |
|---|---|
| Father's Surnames: | |
| Father's Given Names: | |
| Father's Date of Birth: | |
| Is your father in the U.S.? | |
| Mother's Surnames: | |
| Mother's Given Names: | |
| Mother's Date of Birth: | |
| Is your mother in the U.S.? | |
| Do you have any immediate relatives, not including parents, in the U.S.? | |

| Have you ever or do you intend to provide financial assistance or other support to terrorists or terrorist organizations? | NO |
|---|---|
| Are you a member or representative of a terrorist organization? | NO |
| Have you ever ordered, incited, committed, assisted, or otherwise participated in genocide? | NO |
| Have you ever committed, ordered, incited, assisted, or otherwise participated in torture? | NO |
| Have you committed, ordered, incited, assisted, or otherwise participated in extrajudicial killings, political killings, or other acts of violence? | NO |
| Have you, while serving as a government official, been responsible for or directly carried out, at any time, particularly severe violations of religious freedom? | NO |

**Immigration Law Violation**

| Have you ever been the subject of a removal or deportation hearing? | NO |
|---|---|
| Have you ever sought to obtain or assist others to obtain a visa, entry into the United States, or any other United States immigration benefit by fraud or willful misrepresentation or other unlawful means? | NO |
| Have you failed to attend a hearing on removability or inadmissibility within the last five years? | NO |
| Have you ever been unlawfully present, overstayed the amount of time granted by an immigration official or otherwise violated the terms of a U.S. visa? | NO |

**Miscellaneous**

| Have you ever withheld custody of a U.S. citizen child outside the United States from a person granted legal custody by a U.S. court? | NO |
|---|---|
| Have you voted in the United States in violation of any law or regulation? | NO |
| Have you ever renounced United States citizenship for the purpose of avoiding taxation? | NO |
| Have you attended a public elementary school on student (F) status or a public secondary school after November 30, 1996 without reimbursing the school? | NO |

| Do you have any other relatives in the United States? | NO |
|---|---|

### Spouse

| | |
|---|---|
| Spouse's Full Name: | ■ |
| Spouse's Date of Birth: | ■ |
| Spouse's Nationality: | ■ |
| Spouse's City of Birth: | ■ |
| Spouse's Country/Region of Birth: | ■ |
| Spouse's Address: | ■ |

To Top