

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2015

**By Hand**

Maria A. Barton, Esq.
Benjamin A. Naftalis, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

    Re:    <u>United States v. Evgeny Buryakov, a/k/a "Zhenya,"</u>
              **15 Cr. 73 (RMB)**

Dear Counsel:

    The Government writes to advise you of certain dates and times in surveillance recordings that are of potential relevance to the above-referenced case. The list below refers to portions of video surveillance recordings that have been produced to you in discovery. This list is non-exhaustive and may be revised and/or supplemented as our review of these materials continues. This information is being provided solely for the purpose of assisting you in your review of the discovery, and should not be construed as a definitive or binding record of potentially relevant portions of the video surveillance recordings in this case.

| No. | Discovery (by Bates No.) | Date | Time (Approx.) |
|---|---|---|---|
| 1. | 15 Cr. 73 – 079 | 8/4/14 | 12:03 PM |
| 2. | 15 Cr. 73 – 079 | 8/13/14 | 11:29 AM |
| 3. | 15 Cr. 73 – 079 | 9/10/14 | 11:37 AM |
| 4. | 15 Cr. 73 – 079 | 9/17/14 | 12:00 PM |
| 5. | 15 Cr. 73 – 080 – 084 (Residence) | 3/28/14 | 8:30 AM |
| 6. | 15 Cr. 73 – 080 – 084 (Residence) | 4/11/14 | 8:45 AM |
| 7. | 15 Cr. 73 – 080 – 084 (Residence) | 4/20/14 | 8:20 AM |
| 8. | 15 Cr. 73 – 080 – 084 (Residence) | 5/20/14 | 7:18 PM; 7:52 PM; 8:10 PM |
| 9. | 15 Cr. 73 – 080 – 084 (Residence) | 5/29/14 | 8:32 AM; 10:04 AM |
| 10. | 15 Cr. 73 – 080 – 084 (Residence) | 5/31/14 | 6:00 PM |
| 11. | 15 Cr. 73 – 080 – 084 (Residence) | 6/3/14 | 8:33 AM; 8:49 AM |
| 12. | 15 Cr. 73 – 080 – 084 (Residence) | 6/11/14 | 8:13 PM; 9:42 PM |
| 13. | 15 Cr. 73 – 080 – 084 (Residence) | 6/18/14 | 8:49 AM |
| 14. | 15 Cr. 73 – 080 – 084 (Residence) | 7/21/14 | 8:04 AM; 8:05 AM |
| 15. | 15 Cr. 73 – 080 – 084 (Residence) | 7/22/14 | 8:31 AM |
| 16. | 15 Cr. 73 – 080 – 084 (Residence) | 7/23/14 | 8:25 AM |

| 17. | 15 Cr. 73 – 080 – 084 (Residence) | 7/28/14 | 8:10 AM |
| --- | --- | --- | --- |
| 18. | 15 Cr. 73 – 080 – 084 (Residence) | 7/31/14 | 8:06 AM |
| 19. | 15 Cr. 73 – 080 – 084 (Residence) | 8/7/14 | 8:44 AM; 8:46 AM |
| 20. | 15 Cr. 73 – 080 – 084 (Residence) | 8/7/14 | 10:20 PM |
| 21. | 15 Cr. 73 – 080 – 084 (Residence) | 8/9/14 | 9:40 PM |
| 22. | 15 Cr. 73 – 080 – 084 (Residence) | 8/22/14 | 8:17 AM |
| 23. | 15 Cr. 73 – 080 – 084 (Residence) | 8/27/14 | 6:12 PM |
| 24. | 15 Cr. 73 – 080 – 084 (Residence) | 8/28/14 | 8:00 PM |
| 25. | 15 Cr. 73 – 080 – 084 (Residence) | 9/5/14 | 8:20 AM |
| 26. | 15 Cr. 73 – 080 – 084 (Residence) | 9/10/14 | 6:47 PM |
| 27. | 15 Cr. 73 – 080 – 084 (Residence) | 9/29/14 | 7:00 PM |
| 28. | 15 Cr. 73 – 080 – 084 (Office) | 8/28/14 | 2:00 PM |
| 29. | 15 Cr. 73 – 080 – 084 (Office) | 9/17/14 | 11:21 AM; 11:57 AM |
| 30. | 15 Cr. 73 – 080 – 084 (Office) | 9/18/14 | 3:30 PM; 4:30 PM |

Please let us know if you have any questions about this or any other discovery.

Very truly yours,

PREET BHARARA
United States Attorney

By: *[signature]*
Adam Fee
Anna Skotko
P. Ian McGinley
Assistant United States Attorneys
(212) 637-1589 / 1591 / 2257