```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA           :
                                   :
          - v. -                   :       15 Cr. 73 (RMB)
                                   :
EVGENY BURYAKOV,                   :
     a/k/a "Zhenya,"               :
                                   :
          Defendant.               :
- - - - - - - - - - - - - - - - - -x
```

## MEMORANDUM OF UNDERSTANDING REGARDING RECEIPT OF CLASSIFIED INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders, related to, but not limited to, Title 18 United States Code, including unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Agents Identities Protection Act, Title 50 U.S.C. Section 421; Title 18 U.S.C. Section 641; Title 50 U.S.C. Section 783; 28 C.F.R. 17 et seq., and Executive Order 13526; I understand that I may be the recipient of information and documents that concern the present and future security of the United States and belong to the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States Government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents

and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as expressly authorized by the Court pursuant to the Classified Information Procedures Act and the Protective Order entered in the case of <u>United States</u> v. <u>Evgeny Buryakov</u>, 15 Cr. 73 (RMB), Southern District of New York.

(2)  I agree that this Memorandum and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)  I have received, read, and understand the Protective Order entered by the United States District Court for the Southern District of New York on ~~Ju~~ April 29, 2015, in the case of <u>United States</u> v. <u>Evgeny Buryakov</u>, 15 Cr. 73 (RMB), relating to classified information, and I agree to comply with the provisions thereof.

_____     7/16/15
Michael P. Macisso                  Date
Classified Information Security Officer


_____     _____
Benjamin Naftalis, Esq.             Date
Counsel for Evgeny Buryakov

_____     7/16/15
Scott Hershman, Esq.                Date
Counsel for Evgeny Buryakov

_____     7/16/15
Kelly Newman, Esq.                  Date
Counsel for Evgeny Buryakov