UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

              - against -

EVGENY BURYAKOV,
                        Defendant.
-------------------------------------------------------------x

15 Cr 73 (RMB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/15

The Court will hold brief oral argument (15-20 minutes per side) on the pending motion(s) at the conference on July 29, 2015 at 11:00 am.

Dated: New York, New York
       July 22, 2015

RICHARD M. BERMAN
U.S.D.J.