

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 6, 2015

**By ECF**

The Hon. Richard M. Berman
United States District Court
Southern District Of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

      Re:    **United States v. Evgeny Buryakov, a/k/a "Zhenya,"**
            15 Cr. 73 (RMB)

Dear Judge Berman:

   I write to respectfully request that the Court grant leave for my withdrawal from the above-referenced case as attorney of record for the United States of America. The reason for this application is that, as of November 9, 2015, I will no longer be employed by the Government and will return to private practice.

   Please contact me with any questions.

                                         Respectfully,

                                         By: *[signature]*
                                         Adam Fee
                                           Assistant United States Attorney
                                         (212) 637-1589

cc: Counsel of Record (by email)