

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

<small>The Silvio J. Mollo Building<br>
One Saint Andrew's Plaza<br>
New York, New York 10007</small>

November 6, 2015

**By ECF**

The Hon. Richard M. Berman
United States District Court
Southern District Of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 11/12/15

    Re:    <u>United States</u> v. <u>Evgeny Buryakov, a/k/a "Zhenya,"</u>
             15 Cr. 73 (RMB)

Dear Judge Berman:

    I write to respectfully request that the Court grant leave for my withdrawal from the above-referenced case as attorney of record for the United States of America. The reason for this application is that, as of November 9, 2015, I will no longer be employed by the Government and will return to private practice.

    Please contact me with any questions.

Respectfully,<br><br>
By: <i>Adam F.</i><br>
Adam Fee<br>
Assistant United States Attorney<br>
(212) 637-1589

cc: Counsel of Record (by email)

*Application granted. Mr. Fee shall be removed as attorney of record in this case.*

SO ORDERED:
Date: 11/12/15    *Richard M. Berman*
Richard M. Berman, U.S.D.J.