F9ueburc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,                    New York, N.Y.

            v.                               15 CR 73(RMB)

EVGENY BURYAKOV,

                  Defendant.

------------------------------x

                                        September 30, 2015
                                        11:24 a.m.


Before:

                  HON. RICHARD M. BERMAN,

                                        District Judge


                         APPEARANCES

PREET BHARARA
     United States Attorney for the
     Southern District of New York
BY:  ADAM FEE
     ANNA SKOTKO
     Assistant United States Attorneys

WHITE & CASE
     Attorneys for Defendant
BY:  SCOTT HERSHMAN
     DANIEL LEVIN
     KELLY NEWMAN

RUSSIAN INTERPRETER:  Yana Agoureev

1          (In open court)

2          THE COURT:  So we have our standby interpreter, and

3    we're using that standby process again, is that correct?

4          MR. HERSHMAN:  That's correct.

5          THE COURT:  Okay.  I have us down for a status

6    conference.  I'm happy to hear first from the government, then

7    from Mr. Hershman, or reverse order, if you prefer.

8          MR. FEE:  I'll give the first report, your Honor.

9          The parties submitted a letter last night, which I

10   know your Honor received.

11         THE COURT:  I not only received it but I endorsed it.

12         MR. FEE:  We saw that this morning.  Thank you, your

13   Honor.

14         Essentially at this point, with plea discussions

15   having concluded today with finality --

16         THE COURT:  You said "with finality"?

17         MR. FEE:  Yes, your Honor.  The parties have looked

18   forward towards the December 7th trial date.  And in our

19   discussions we have both identified what we view as potentially

20   significant timing issues relating to pretrial litigation and

21   potentially depositions.  They were outlined in the letter.  I

22   can go into them again, your Honor, but essentially there are

23   CIPA filings, classified filings, to be made by both parties.

24         The defense has indicated they are not yet ready to

25   set a schedule.  And to be fair to them, that's understandable,

1    because some of the classified discovery was only recently

2    produced yesterday, and again, a government motion in that

3    sense as well.  The defense has indicated they're not yet ready

4    to set that schedule and actually need some meaningful

5    additional period to be able to report on the schedule.

6         The defense has also indicated that they wish to seek

7    to take depositions abroad of more than one witness.  And

8    again, your Honor, they have not been yet able to report

9    exactly what they want to do.  And they are asking for some

10   additional time to set a schedule for Rule 15 litigation;

11   understandably again, your Honor, but, of course, to state the

12   obvious, the litigation on Rule 15 as compared to CIPA is not

13   as time consuming.  But of course if depositions are permitted

14   to be taken, there is some additional logistics there.

15        This is all to say, your Honor, that both parties have

16   discussed this, and I think the shared view is that some

17   meaningful adjournment of the trial date is likely, in the

18   interest of the parties and their preference, obviously subject

19   to the Court's schedule and judgment.

20        What the parties were discussing as a potential area

21   for new dates, again, not knowing the Court's schedule, was a

22   late February or early March trial date.

23        THE COURT:  2016?

24        MR. FEE:  Correct, your Honor.

25        And just so the Court has the information, a

1    conservative estimate for the government's case is three to

2    four weeks.  And that is the broadest, without stipulations.

3    It could certainly narrow some.

4         THE COURT:  Well, so if I remember correctly, I set

5    the trial date back in July.  And I did that to accommodate the

6    defense, for obvious reasons; the defendant is incarcerated and

7    is entitled to speedy trial.  And I was trying to accommodate

8    the defense at that time.  And so that's when we all agreed on

9    a December trial date.

10        But if you have something else in mind, Mr. Hershman,

11   let's hear about it.

12        MR. HERSHMAN:  Thanks, your Honor.

13        First, let me introduce my partner, Dan Levin, who is

14   here for the first time.

15        MR. LEVIN:  Good morning, your Honor.

16        THE COURT:  Nice to see you.

17        MR. HERSHMAN:  Mr. Fee is right with respect to the

18   fact that we have been communicating about these issues and the

19   trial date of December 7th.  We just got handed yesterday a

20   significant amount of classified material, which obviously is

21   going to take us a considerable amount of time to sift through.

22   And we are going to begin that in earnest this morning.  That,

23   I think, makes it somewhat difficult for us to set at least a

24   schedule as amongst ourselves for when we would want to make

25   the CIPA motions.

1          I think we would be ready to make that decision

2    sometime the week of October -- I think it's the 19th, your

3    Honor, that week.  So maybe we were talking about setting

4    another status conference for October 22nd.  I don't know.

5    This was independent of looking at the Court's calendar, but we

6    just arbitrarily chose that date.  At which point I think then,

7    or even before, we would be in a position to have a more firm

8    discussion with the government about the CIPA schedule, as well

9    as the Rule 15 situation and any necessary motions there.

10          Of course, assuming we do that, given the length of

11   time that the CIPA practice will take, it seems impossible for

12   us to begin the trial on December 7th.  So accordingly, we have

13   discussed with the government changing that, asking the Court

14   to change that date.

15          THE COURT:  So you want a trial in February or March?

16          MR. HERSHMAN:  March, I think, would be realistic.

17          THE COURT:  2016?

18          MR. HERSHMAN:  Yes.

19          THE COURT:  That's okay with Mr. Buryakov?

20          MR. HERSHMAN:  Yes.

21          THE COURT:  Well, you know, if that's what you want, I

22   certainly can accommodate -- let's hear about these

23   depositions, though.  Are they in Russia, is that the point?

24          MR. HERSHMAN:  At the moment that's the point, your

25   Honor.  We will be in a better position I think to inform both

the government and the Court of the number of depositions, and
also some procedural issues around them, on the 22nd, or
whenever we can have a conference.

THE COURT:  I see.

MR. HERSHMAN:  I think that would be a better point
for us to have a more substantive discussion about that.  We
are exploring every option and alternative available to us, but
we need some time to do that.

THE COURT:  Okay.  So I would prefer a little bit
earlier for this October conference so we get things moving.
And I would prefer if you can on October 14 -- it's about a
week earlier than you suggested -- at 11:30.

MR. HERSHMAN:  Sorry, your Honor.  I'm not going to be
here that week.  I appreciate that you want to do it a little
earlier.

THE COURT:  Since this is a scheduling thing, could
counsel, you know, fill in for you for that purpose?

MR. HERSHMAN:  Well, certainly we can send someone
else.  The problem would be what information they would have by
that date.

THE COURT:  I see.  So you're out the 14th?

MR. HERSHMAN:  Just that week.

THE COURT:  Are you back on the 19th?

MR. HERSHMAN:  Yes.

THE COURT:  So let's say October 19th at 11:30.  And I

F9ueburc

1    hope that you'll be prepared at that time, both sides, to

2    resolve all these -- well, they're not that many, but the CIPA

3    schedule and the deposition schedule, etc., etc., so we can

4    firm up the trial?

5         MR. FEE:  The government's intent and hope is that

6    we'll have a schedule agreed upon before we walk in the door.

7    And perhaps we even can report it to the Court in advance and

8    have a brief conference thereafter, if necessary.

9         THE COURT:  So I'm going to move, then, the trial date

10   to April 4.  That's the earliest I can do it, in light of my

11   trial schedule.  I can't do February or March, but I can do

12   April 4, and give you as much time as you need.  And then the

13   pretrial submissions that we had talked about in anticipation

14   of the December trial, we had set a November date.  So I'm

15   happy to set March 1st as the date for pretrial submissions.

16   And we'll leave CIPA and the depositions for the October 19th

17   conference, if that's okay with all of you.

18        Is there a speedy trial issue or application that

19   takes us to April 4, 2016?

20        MR. FEE:  Your Honor, the government would ask that

21   the Court exclude time in the interest of justice from the

22   Speedy Trial Act through April 4, '16, so the defense can

23   engage in all of the matters we've discussed here, including

24   CIPA briefing, Rule 15 briefing potentially, as well as to

25   prepare for trial.

F9ueburc

1          THE COURT:  Right.  I take it the defense has no

2    objection to that, since it's primarily their request to go

3    further?

4          MR. HERSHMAN:  Yes, your Honor.

5          THE COURT:  Okay.  So I'm going to find under 18,

6    United States Code, Section 3161 that the request for

7    adjournment of the trial date to and including April 4, 2016,

8    joined in by both sides is appropriate and warrants exclusion

9    of the adjourn time from speedy trial calculations.  I further

10   find that the exclusion is designed to prevent any possible

11   miscarriage of justice, to facilitate these proceedings,

12   including the steps that need to be taken in anticipation of

13   going to trial, including more discovery perhaps, and to

14   guarantee effective representation of and preparation by

15   counsel for both parties.  And thus the need for exclusion and

16   the ends of justice outweigh the interest of the public and the

17   defendant in a speedy trial pursuant to 18, U.S.C., Section

18   3161(h)(7)(A) and (B).

19          And so our conference, then, our next conference is

20   October 19, 2015, at 11:30.  And there will be no need, then,

21   for our currently scheduled December 1st pretrial conference

22   and our December 7th trial date.  So vacate those two dates.

23          Is that agreeable to everybody?

24          MR. HERSHMAN:  Yes.

25          MR. FEE:  Yes, your Honor.

F9ueburc

1          THE COURT:  Okay.  Any other issues that we need to
2   discuss?
3          MR. FEE:  Not from the government, your Honor.
4          MR. HERSHMAN:  No, your Honor.
5          THE COURT:  Nice to see you all.  Thanks very much.
6          (Adjourned)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25