Filed with the Classified
Information Security Officer
CISO MacIsso
Date 11/24/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

EVGENY BURYAKOV,

              Defendant.

15 CR. 73 (RMB)

---

### DEFENDANT EVGENY BURYAKOV'S FIRST CIPA § 5 NOTICE