

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 13, 2016

<u>Via ECF and By Hand</u>
Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District Of New York
500 Pearl Street
New York, NY 10007

        Re:    <u>United States</u> v. <u>Evgeny Buryakov, a/k/a "Zhenya,"</u>
                15 Cr. 73 (RMB)

Dear Judge Berman:

        The Government submits this letter pursuant to the Court's direction that it comment in writing on the proposed Order and Letter of Request submitted by the defense at yesterday's conference in connection with the proposed Rule 15 deposition of the defendant's wife, Marina Buryakova, in Ireland.

        After yesterday's conference, the Government and the defense met and spoke by telephone to discuss the documents at issue. The defense has since prepared revised versions of the documents it handed up in Court. While the Government, as the Court is aware, opposes the

Hon. Richard M. Berman Page 2
January 13, 2016

defense's Rule 15 motion, the Government does not otherwise object to the revised proposed Order and Letter of Request, copies of which are attached.

                                                  Respectfully Submitted,

                                                  PREET BHARARA
                                                  United States Attorney

By: _____/s/_____
       Emil J. Bove III
       Brendan F. Quigley
       Stephen J. Ritchin
       Assistant United States Attorneys
       (212) 637-2444/2193/2503

Enclosures

Cc (w/encls.):  Defense Counsel
                   (Via Email)