**WHITE & CASE**

January 14, 2016

BY ECF

The Hon. Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courtroom
500 Pearl St., Courtroom 17B
New York, NY 10007

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
T +1 212 819 8200

whitecase.com

**United States v. Evgeny Buryakov, 15 Cr. 73 (RMB)**

Dear Judge Berman:

     We are counsel to Defendant Evgeny Buryakov in this action and write to ask the Court to authorize the following modification to the Protective Order entered in this case [Dkt. No. 21]. Specifically, the Government has consented to permitting Kimberly Haviv, a non-U.S. person who is a lawyer at White & Case in New York, to be provided materials otherwise subject to the Protective Order. Ms. Haviv is a part of the defense team, and providing her access to the case materials is necessary for the purpose of preparing the defense in this case. Ms. Haviv shall be provided with a copy of the Protective Order and shall be advised that she shall not further disseminate or discuss the materials, and must otherwise follow the terms of the Protective Order. Ms. Haviv will execute a copy of the protective order indicating that she agrees to abide by its terms.

Respectfully submitted,

*Scott Hershman*

**Scott Hershman**

T +1 212 819 8200
E scott.hershman@whitecase.com

cc:    Emil Bove (by email)