**WHITE & CASE**

January 21, 2016

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
T +1 212 819 8200

**By ECF**

whitecase.com

The Hon. Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courtroom
500 Pearl St., Courtroom 17B
New York, NY 10007

Re:   **United States v. Evgeny Buryakov**
      **15 Cr. 73 (RMB)**

Dear Judge Berman:

We are counsel to Defendant Evgeny Buryakov in this action. We are writing to ask the Court to authorize the following modification to the Protective Order entered in this case [Dkt. No. 21]. The Government has consented to this modification.

The Court has signed an Order providing for the Deposition of Marina Buryakova in Dublin, Ireland [Dkt. No. 101]. We seek permission to show (but not provide copies of) certain materials (described below) that are otherwise subject to the Protective Order to Mrs. Buryakova and members of the Defense team already excepted from the Protective Order while we are in Russia preparing Mrs. Buryakova for her deposition. Any materials that are subject to the Protective Order that are brought to Russia are to be taken immediately to the Moscow office of White & Case and remain there until preparations are concluded, at which point the materials are to be returned to the United States or brought to Ireland (and then returned to the United States following the deposition). Mrs. Buryakova will be provided with a copy of the Protective Order and advised that she shall not further disseminate or discuss the materials covered by the Protective Order, and must otherwise follow the terms of the Protective Order. Each individual who has not already done so will execute a copy of the Protective Order indicating that he or she agrees to abide by its terms.

The materials covered by this request are:

1)   Text messages and emails (including email attachments) from devices seized by the Government during the searches relating to the investigation of Mr. Buryakov and provided to the defense;

2)  Text messages and emails (including email attachments) to or from Mr. Buryakov's co-defendants and provided to the defense;

3)  Documents on devices seized by the Government during the searches relating to the investigation of Mr. Buryakov and provided to the defense;

4)  Chats involving Marina Buryakova conducted on a variety of electronic chat services (e.g. Skype, WhatsApp, etc.) and on devices seized by the Government during the searches relating to the investigation of Mr. Buryakov and provided to the defense;

5)  Call and text data taken from mobile devices (e.g. cell phones, iPads, etc.) used or owned by Mrs. Buryakova, Mr. Buryakov or his co-defendants and provided to the defense; and

6)  Audio and video recordings involving or concerning Mrs. Buryakova, Mr. Buryakov or his co-defendants and provided to the defense.

Respectfully submitted,

*Scott Hershman*

Scott Hershman
*Counsel to Evgeny Buryakov*

T +212-819-8200
E scott.hershman@whitecase.com

cc:   Emil Bove (by email)