# WHITE & CASE

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
T +1 212 819 8200

whitecase.com

January 27, 2016

The Honorable Richard M. Berman
U.S. District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>USA v. Buryakov et al., (S.D.N.Y., 2015) Case No.: 15-CR-00073-RMB-1</u>

Dear Judge Berman:

White & Case LLP ("White & Case" or the "Firm") is acting as attorneys for the Defendant Evgeny Buryakov in the above-referenced matter ("Buryakov Matter").

The purpose of this letter is to inform Chambers as well as parties copied on this letter that Maria Brusco, a former Judicial Intern to Your Honor from May 2015 to July 2015 intends to join White & Case as a Summer Associate in 2016.

It is our understanding that Ms. Brusco did not work on the Buryakov Matter while in Chambers. Nevertheless, White & Case will screen Ms. Brusco completely from any involvement in the Buryakov Matter in accordance with the Firm's customary procedures and in accordance with applicable rules of professional responsibility.

We assume that such screening removes all questions as to the propriety of Ms. Brusco's employment while our Firm continues the representation set forth above. If there is a contrary view, we respectfully request both Ms. Brusco and the Firm be informed.

To the extent that Your Honor deems additional notice is appropriate, White & Case will serve and file whatever notices Your Honor directs.

The Honorable Richard M. Berman
January 27, 2016

Respectfully yours,

White & Case LLP

By: _____
    Scott E. Hershman, Esq.

cc: Service List (by email)
    Maria Brusco