UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :
                                    :   **SUPERSEDING INDICTMENT**
EVGENY BURYAKOV,                    :
   a/k/a "Zhenya,"                  :   S1 15 Cr. 73 (RMB)
IGOR SPORYSHEV, and                 :
VICTOR PODOBNYY,                    :
                                    :
              Defendants.           :
                                    :
- - - - - - - - - - - - - - - - - - x

**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 17 2016

**COUNT ONE**

The Grand Jury charges:

1. From in or about 2012, up to and including on or about January 26, 2015, in the Southern District of New York and elsewhere, EVGENY BURYAKOV, a/k/a "Zhenya," IGOR SPORYSHEV, and VICTOR PODOBNYY, the defendants, and others known and unknown, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, to violate Title 18, United States Code, Section 951.

2. It was a part and an object of the conspiracy that EVGENY BURYAKOV, a/k/a "Zhenya," the defendant, not being a diplomatic or consular officer or attaché, would and did act in the United States as an agent of a foreign government, to wit, BURYAKOV agreed to act within the United States under the

direction and control of the Russian Federation and one or more foreign officials working on behalf of the Russian Federation, without prior notification to the Attorney General, as required by law, in violation of Title 18, United States Code, Section 951.

## OVERT ACTS

3.   In furtherance of said conspiracy and to effect the illegal object thereof, EVGENY BURYAKOV, a/k/a "Zhenya," IGOR SPORYSHEV, and VICTOR PODOBNYY, the defendants, committed the following overt acts, among others, in the Southern District of New York and elsewhere:

   a.   On or about November 6, 2012, BURYAKOV used a telephone to speak with SPORYSHEV about information that BURYAKOV was collecting.

   b.   On or about May 21, 2013, BURYAKOV used a telephone to speak with SPORYSHEV about information that SPORYSHEV wanted.

   c.   On or about May 23, 2013, SPORYSHEV discussed with PODOBNYY, among other things, information provided to SPORYSHEV by BURYAKOV.

   d.   On or about July 22, 2014, BURYAKOV met with SPORYSHEV in the Bronx, New York, and spoke with SPORYSHEV about a potential source of information.

    e. On or about August 7, 2014, BURYAKOV met with SPORYSHEV in the Bronx, New York, and spoke with SPORYSHEV about a potential source of information and travel plans.

    f. On or about August 8, 2014, BURYAKOV traveled from New York City to the area of Atlantic City, New Jersey, and obtained a document bearing markings indicating that it came from the United States government.

    g. On or about August 28, 2014, during a meeting in Manhattan, New York, BURYAKOV obtained a document bearing markings indicating that it came from the United States government.

    h. On or about August 28, 2014, BURYAKOV met with SPORYSHEV in the Bronx, New York, and spoke with SPORYSHEV about a potential source of information.

(Title 18, United States Code, Section 371.)

### COUNT TWO

The Grand Jury further charges:

  4. From in or about 2012, up to and including on or about January 26, 2015, in the Southern District of New York and elsewhere, EVGENY BURYAKOV, a/k/a "Zhenya," the defendant, not being a diplomatic or consular officer or attaché, did knowingly act in the United States as an agent of a foreign government, to wit, BURYAKOV acted within the United States under the direction

3

and control of the Russian Federation and one or more foreign officials working on behalf of the Russian Federation, without prior notification to the Attorney General, as required by law, and IGOR SPORYSHEV and VICTOR PODOBNYY, the defendants, did aid and abet the same.

(Title 18, United States Code, Sections 951 and 2.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

EVGENY BURYAKOV,
a/k/a "Zhenya,"
IGOR SPORYSHEV, and
VICTOR PODOBNYY,

Defendants.

---

SUPERSEDING INDICTMENT

S1 15 Cr. 73 (RMB)

(18 U.S.C. §§ 951, 371, and 2.)

PREET BHARARA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

TRUE BILL & SUPERCEDING INDICTMENT
MJ ELLIS  2-17-16