UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>EVGENY BURYAKOV,<br><br>Defendant. | 15 CR. 73 (RMB) |

## NOTICE OF MOTION IN LIMINE

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated March 1, 2016, the accompanying Declaration of Scott Hershman, dated March 1, 2016, and the exhibits attached thereto, Defendant Evgeny Buryakov hereby files his motions in limine in accordance with the schedule set by the Hon. Richard M. Berman.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be filed by March 8, 2016.

Dated:   March 1, 2016
         New York, New York

Respectfully submitted,

/s/ Scott Hershman

Scott Hershman
Daniel Levin
Owen C. Pell
Gregory G. Little
Kimberly A. Haviv
1155 Avenue of the Americas
New York, New York   10036
(212) 819-8200

*Attorneys for Evgeny Buryakov*