UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

EVGENY BURYAKOV,

                Defendant.

15 CR. 73 (RMB)

## DECLARATION OF SCOTT HERSHMAN
## IN SUPPORT OF DEFENDANT'S MOTIONS IN LIMINE

I, Scott Hershman, hereby declare as follows:

1. I am an attorney duly authorized to practice law in the State of New York and am admitted to practice before this Court. I am a partner at White & Case LLP, counsel for Defendant Evgeny Buryakov in the above-captioned matter. I submit this declaration in support of Defendant's Motions in Limine.

2. Attached as Exhibit A is a true and correct copy of a document produced by the Government, Bates stamped 15 Cr. 73-DEF – 0000164 through 15 Cr. 73-DEF – 0000165.

3. Attached as Exhibit B is a true and correct copy of a letter dated February 29, 2016, from the United States Attorney to White & Case LLP, counsel for Defendant.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in New York, New York on March 1, 2016.

                                                         /s/ Scott Hershman
                                                         Scott Hershman