

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 2, 2016

**BY ECF AND BY HAND**
Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District Of New York
500 Pearl Street
New York, NY 10007

   Re: <u>United States</u> v. <u>Evgeny Buryakov, a/k/a "Zhenya,"</u>
      S1 15 Cr. 73 (RMB)

Dear Judge Berman:

  The Government respectfully submits a corrected copy of Request Number 10 from the parties' Joint Requests to Charge. The corrected copy modifies only the second paragraph of the Defense Objection. We apologize for any inconvenience to the Court.

              Respectfully submitted,

              PREET BHARARA
              United States Attorney

          By: _____
              Emil J. Bove III
              Brendan F. Quigley
              Stephen J. Ritchin
              Assistant United States Attorneys
              (212) 637-2444/2190/2503

cc: Defense Counsel
   (Via ECF)