USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                      **ORDER**

        -against-

                                                                       15 Cr 73

EVGENY BURYAKOV,

                      Defendant.
-------------------------------------------------------------X

        At the arraignment (regarding S1 15 Cr 73), on March 3, 2016 at 11:00 am, the Court will, among other things, also inquire of counsel whether the issues raised in <u>Missouri v. Frye</u>, 132 S.Ct. 1399 (2012) and <u>Lafler v. Cooper</u>, 132 S.Ct. 1376 (2012) have been fully explored with Mr. Buryakov. In particular, the Court will inquire whether Mr. Buryakov is fully aware of any options he may have to resolve this case rather than going to trial.

Dated: New York, New York
       March 2, 2016

                                                           _/s/ RMB_____
                                                           RICHARD M. BERMAN, U.S.D.J.