## EXHIBIT A

DATE:                        April 11, 2013

APPROXIMATE TIME:            12:15 PM EST

FILE NAME:                   4-11-13 12.15

PARTICIPANTS:                Igor Sporyshev ("Sporyshev")
                             Victor Podobnyy ("Podobnyy")
                             UM 1, UM 2, UM 3, UF

ABBREVIATIONS:               [U/I] - Unintelligible
                             [PH] - Phonetic Spelling
                                //  - Voices Overlap

## Session A

| Participant | Translation | Transcription |
| --- | --- | --- |
| 01:42:50 | [Sound of door opening] | [Sound of door opening] |
| | | |
| Sporyshev: | We use Stepan either way. Where is the switch here? | Степу мы и так используем. Где тут выключатель? |
| | | |
| Podobnyy: | [U/I]. They honestly five pages… | [U/I]. Честно пять страниц... |
| | | |
| Sporyshev: | They honestly… They honestly confessed it. They asked  [U/I]. | Они честно... Они честно в этом сознались. Попросили [U/I]. |
| | | |
| Podobnyy: | [U/I] | [U/I] |
| | | |
| Sporyshev: | Is there an idea? It should be your question to me, I understand. Is there an idea? | Идея есть? Это ты меня должен спросить, я понимаю. Идея есть? |
| | | |
| Podobnyy: | And then what? | Ну, че тогда? |
| | | |
| Sporyshev: | Nah, what can we add there? European opinion. Where are we going to suck it out from? At that, "X"s do not even track these questions. | Не, а че туда можно добавить? Европейское мнение. Откуда мы его здесь высосем? Причем, «иксы» эти вопросы даже не отслеживают. |
| | | |
| Podobnyy: | Of course I understand that we are just responding to an inquiry, but it has a high chance of being realized, but I am being too honest in referring to... I write "here"… a lot of them are here but if I take from there, you see?. | Я конечно понимаю, что мы просто на запрос отвечаем, но она имеет высокий шанс на реализацию, но я как-то слишком честно ссылаюсь на... Пишу «здесь»… и очень многие "здесь", если я беру отсюда, понимаешь? |
| | | |
| Sporyshev: | So what? Does not fucking matter. | Ну и что? По хуй. |
| | | |
| UM 3 | And what, is it open? | А она че, открытая? |
| | | |

2

| Participant | Translation | Transcription |
|---|---|---|
| Podobnyy: | Well, I think if desired it can be found, if they start digging. Well, not everything exactly. It is so freaking huge, the original itself, I just looked through, printed out, and they here, you see, and [U/I] take and polish it. | Ну я думаю, при желании можно найти, если они начнут шарить. Ну, как бы не всё прям. Он вообще-то охеренно здоровый, сам оригинальный, я просто пробежал, распечатал, а они тут видишь, а [U/I] беру и дорабатываю. |
| Sporyshev: | Usually when there is a probability that it gets to [U/I]. Even in [U/I] who sometimes ask for materials mixing one office with the other. | Обычно когда есть вероятность того, что попадает в [U/I]. Даже в [U/I] , которые спрашивают материалы вперемешку с одной конторы на другую. |
| Podobnyy: | That means it is worth erasing everything? | То есть стоит все стереть? |
| Sporyshev: | I think it is worth… | Я думаю стоит... |
| UM3 | I was writing HSBC everywhere there. | Я там везде Ейч Эс Би Си писал. |
| Podobnyy: | Maybe it should be replaced with Bloomberg then? It's just that HSBC, damn it, is really one of the largest banks in the world, it is also connected to China. | Ну на Блумберг тогда может переделать? Просто Ейч Эс Би Си блядь – один из реально крупнейших банков мира, просто еще связан с Китаем. |
| Sporyshev: | Leave it like that, fuck it. | Оставь, бля, хуй с ним. |
| Podobnyy: | Damn, if we need to, we will implement it. Since you know, our people themselves say that when they are being sent such DNs [PH]. [U/I] why the fuck are sending DNs? They are all on the Internet, there is even a link there. Write a telegram based on them. So it looks like our paper ends up including everything [U/I]. | Блядь, надо будет – реализуем. Знаешь, потому что сами наши говорят, когда им такие ДеЭны присылают. [U/I] хуйли типа ДН присылаете? Да они все есть в интернете, там даже ссылка. Пишите по ним телеграмму. То есть, как бы телега получается там у нас че угодно [U/I] |
| Sporyshev: | [U/I] | [U/I] |

| Participant | Translation | Transcription |
|---|---|---|
| Podobnyy: | Right, something like that. HSBC is in the know. It stands for Hong-Kong Shanghai Banking Corporation but it was founded in London, their headquarters are in London, I read in [U/I] it is considered to be completely international corporation, which united [U/I] from Asia and from England many-many years and at one time it was the second largest company in the world in terms of capitalization. Not just a bank but a company in general, because it holds more assets than the Russian Federation. | Просто, да, чё-то. Ейч Эс Би Си-то он в теме. Расшифровывается он Гонг Конг Шанхай Бэнкин Корпорейшн, но основана в Лондоне, их штаб-квартира в Лондоне, я читал в [U/I] это считается абсолютно интернациональная корпорация, которая объединяет [U/I] из Азии и из Англии. очень много-много лет и он одно время был второй в мире компанией по капитализации. Не банком, а вообще компанией, потому что у него активов больше чем у Российской Федерации. |
| | | |
| Sporyshev: | HSBC? HSBC Corp. | У Ейч Эс Би Си-то? HSBC Корп. |
| | | |
| Podobnyy: | Yes, you see, open ones are here. If they type it in, [U/I] do not give [U/I] documents, I write that according to expert opinions… You know what can go through? I am referring here to a real person who has real connections. If you want, just "it is being alleged in the view of…". Correct? | Да, вот видишь, то, что открытые есть. Если они забьют, [U/I] не дают [U/I] документы. Я пишу, что по мнениям экспертов… В принципе, знаешь, что может прокатить? Я-то ссылаюсь на реального человека, у которого реальные связи. Если ты хочешь, просто «утверждают в свете…». Правильно? |

## <u>Session B</u>

| Participant | Translation | Transcription |
|---|---|---|
| 02:46:57-<br>02:48:26 | Dead air | |
| | | |
| U/M 1 | Quiet. | Тишина. |
| | | |
| Sporyshev: | He just talked on the phone about it first. | Он просто сначала по телефону говорил об этом. |
| | | |
| U/M 1 | He… The inquiry came, he had it for at least a week. | Он… К нам пришел запрос, он у него похоже, неделю, блядь, не меньше. |
| | | |
| Sporyshev: | About me, right? | По мне, да? |
| | | |
| U/M 1 | Yes. Ah, it means he called himself. | Да. А, значит он сам звонил. |
| | | |
| Sporyshev: | I do not know who called, who was the initiator. I can't tell you anything with regard to this subject. | Не знаю, кто звонил, кто был инициатором. Не готов тебе на эту тему ничего сказать. |
| | | |
| U/M 1 | Aha. So, current. Detailed explanation of extending long-term TDY. This is probably now… | Ага. Так, текущее. Расшифровка продления сроков ДЗК. Это видимо сейчас… |
| | | |
| Sporyshev: | What is this? [reading from something - muffled] extending long-term TDY [U/I] under UP [PH]. | Это что такое? [reading from something - muffled] продление ДЗК [U/I] по линии УП. |
| | | |
| U/M 1 | So, what documents are needed? What documents are needed to extend long-term TDY? | Ну и какие документы-то нужны? Какие документы для продления ДЗК? |
| | | |
| Sporyshev: | Who the fuck knows. Was it before [U/I] was not. It means it was not there. | Да хуй знает. Было это раньше [U/I] не было. Значит, там не было. |
| | | |

| Participant | Translation | Transcription |
|---|---|---|
| U/M 1 | Well, you see. Now 3 months prior [U/I]. 3 months prior expiration of the control term. | Ну, вот видишь. Теперь за 3 месяца [U/I]. За 3 месяца до истечения срока контроля. |
| | | |
| Sporyshev: | "strict adherence to normative rules of extension… the term [U/I] agency". Well, I'm leaving it for you, read it and go see the boss. | «строгое соблюдение нормативных правил продления… срок [U/I] ведомстве…» Ну, я тебе оставляю, ты почитай вот это и иди к шефу. |
| | | |
| U/M 1 | Well, I'll go. [U/I] | Ну, я пошел. [U/I] |
| | | |
| Sporyshev: | Stop by, right. See what he wanted… | Загляни, да. Чего он хотел... |
| | | |
| [02:49:38] | | |

## Session C

| Participant | Translation | Transcription |
|---|---|---|
| [2:55:27] | | |
| Podobnyy: | Are you [working on] the Stream? | Поток у тебя? |
| | | |
| Sporyshev: | Nah, what Stream? An inquiry came regarding me. | Не, какой на хуй «Поток». Пришел запрос на меня. |
| | | |
| Podobnyy: | And? | И? |
| | | |
| Sporyshev: | Here… | Вот… |
| | | |
| Podobnyy: | Well, have you familiarized yourself? | Ну, ты с ним ознакомился? |
| | | |
| Sporyshev: | In order to exclude my exposure, everything has to be processed through UP now. Got it? | Чтобы исключить мне расшифровку, надо теперь все оформлять через УП. Понимаешь? |
| | | |
| Podobnyy: | What does it mean? What everything has to be processed through UP, [U/I]? | Что это значит? Что все оформлять через УП, [U/I]? |
| | | |
| Sporyshev: | In the past we did not send any documents by UP for extension. | Раньше мы не направляли по УП никаких документов по продлению. |
| | | |
| Podobnyy: | Well, yes, yes. | Ну, да, да. |
| | | |
| Sporyshev: | Right. And now, like, all of it has to be done. | Вот. А сейчас типа все это надо делать. |
| | | |
| Podobnyy: | And did you inquire yourself or was it read to you by them? | А ты сам запрашивал или это они прочитали тебе? |
| | | |
| Sporyshev: | What? | Че? |
| | | |
| Podobnyy: | Did The Center brush it through? | Центр прочесал все, да? |
| | | |
| Sporyshev: | Well, you see, Krasin… | Ну вишь, Красин... |
| | | |

| Participant | Translation | Transcription |
|---|---|---|
| Podobnyy: | You did not inquire? | Ты не запрашивал? |
| | | |
| Sporyshev: | [cough] Of course not. | [cough] Нет, конечно. |
| | | |
| Podobnyy: | So, who has to control that? In theory, Shrek. | И кто это должен контролировать? Шрек, по идее. |
| | | |
| Sporyshev: | Well, he agreed to meet my boss after two and a half years of living [here]. | Ну, он соблаговолил встретиться с моим начальником после двух с половиной лет жизни. |
| | | |
| Podobnyy: | The one in New York? | Нью-Йоркским? |
| | | |
| Sporyshev: | Yes. | Да. |
| | | |
| Podobnyy: | The one who has never seen before. | Которого вообще никогда не видел. |
| | | |
| Sporyshev: | Yes. Can you imagine? I'm fucking speechless. | Да. Представляешь? Я охуеваю, блядь. |
| | | |
| Podobnyy: | He does not even know that such one exists, right? | Он даже не знает, да, что вообще такой есть? |
| | | |
| Sporyshev: | No, he kind of knows… | Нет, ну как-бы он знает... |
| | | |
| Podobnyy: | No, I mean how he looks like in general. Theoretically… | Нет, в смысле как он выглядит вообще, блядь. Теоретически... |
| | | |
| Sporyshev: | As for the military guy, they drank vodka together… | Если с военным они водку пили вместе, да... |
| | | |
| Podobnyy: | Yes. | Да. |
| | | |
| Sporyshev: | // They discussed who and how should work, damn, but this one even, damn it, fuck… | // Обсуждали, кто как должен работать блядь, то этот даже блядь на хуй |
| | | |
| Podobnyy: | The military guy is more competent, right? | Военный там более шарит, да? |
| | | |
| Sporyshev: | Well, he's just a normal guy. Kotov was extended for a year. | Ну просто нормальный мужик. Котова продлили на год. |

| Participant | Translation | Transcription |
|---|---|---|
| | | |
| Podobnyy: | Congratulations. | Поздравляю. |
| | | |
| Sporyshev: | Why congratulations, it is nothing special. | А че поздравлять, тут ничего такого-то. |
| | | |
| Podobnyy: | Damn, I actually participated in preparing this paper. | Блядь, я вообще-то принял участие в подготовке этой бумаги. |
| | | |
| Sporyshev: | Which one? Kotov's extension? | Это какой? Продление Котова? |
| | | |
| Podobnyy: | Well, when we wrote that shit [U/I] | Ну, когда мы писали эту хуйню [U/I] |
| | | |
| Sporyshev: | Oh, yeah, thanks. | А, да, спасибо. |
| | | |
| Podobnyy: | And now we will drink coffee to it. Shall we make some coffee? | А сейчас мы за это кофе выпьем. Ну, оформим кофеечек-то? |
| | | |
| Sporyshev: | Alright. To talk to Berdnikov [PH]. What does Berdnikov has to do with it? Fuck that… | Хорошо. Переговорить с Бердниковым. А причем здесь Бердников? Еб твою мать… |
| | | |
| Podobnyy: | [laugh] | [laugh] |
| | | |
| Sporyshev: | Damn, damn it… | Бля, у ё бля... |
| | | |
| Podobnyy: | Stevens, wrote this, right? You should warn this Stevens. | Стивенс, да, написал? Ты Стивенса предупреди что ли. |
| | | |
| Sporyshev: | Regarding extension of long-term TDY under the cover of the Ministry… | О продлении ДЗК под прикрытием министерства… |
| | | |
| Podobnyy: | I understand. You talk to them before he screws up, alright? Is it boiling a bit? In order to not make an idiot in front of your own [U/I]. | Я понимаю. Ты с теми поговори, пока он говна не натворил, что ли? Что, закипело немножко? Чтобы мудаком не выставлять перед собственными [U/I] |
| | | |
| Sporyshev: | Tam-tam [hums a tune] [pause] | Там-там. [пауза] |
| | | |
| U/M 2 | Well, what, Abdulla? | Ну, что, Абдулла? |

| Participant | Translation | Transcription |
|---|---|---|
| | | |
| Sporyshev: | What, well, I`m finishing writing it. What did you bring here? | Че, надо дописывать. Че ты принес тут? |
| | | |
| U/M 2 | Demographic threat to economic security of Russia. | Демографическая угроза экономической безопасности России. |
| | | |
| Sporyshev: | Oh, what does it have to do with it? [U/I] | О, а причем тут это? [U/I] |
| | | |
| U/M 2 | [U/I] | [U/I] |
| | | |
| Sporyshev: | Are you totally fucking nuts? Fuck… | Охуел что ли совсем? Еб ты… |
| | | |
| Podobnyy: | Oh, you have such [U/I] [laugh] Oh, shit. | О, какие у Вас [U/I] [laugh] Ух, блин. |
| | | |
| U/M 2 | And will you be taking your passport photo like that or what? | А ты фотографироваться на паспорт будешь таким или куда? |
| | | |
| Podobnyy: | Vladimir, then I'll leave for you, you [U/I] put… | Вов, я тебе тогда оставлю, ты [U/I] положи |
| [2:59:18] | | |

## Session D

| Participant | Translation | Transcription |
|---|---|---|
| [3:00:36] | | |
| Podobnyy: | Yes, by the way the Third [?] wrote the first coded telegram… | Так, а, кстати Третий написал первую шифротелеграмму. |
| | | |
| Sporyshev: | Good boy. | Молодец. |
| | | |
| U/M 2 | Coded message? | Шифровку? |
| | | |
| Podobnyy: | Naturally. | Естественно. |
| | | |
| U/M 3 | Will you be putting anything in the mail? | Класть в почту будете чего? |
| | | |
| Sporyshev: | Meaning? | В смысле? |
| | | |
| U/M 3 | Are you going to mail anything? | Почту вы будете чего отправлять? |
| | | |
| Sporyshev: | We are. | Будем. |
| | | |
| U/M 3 | There is a lot there? | Много там? |
| | | |
| Sporyshev: | There will be a package. | Будет посылка. |
| | | |
| U/M 3 | Is it numbered or not? | Какая? Ну номерная или без номера? |
| | | |
| Sporyshev: | No, it`s without a number. | Не, без номера. |
| | | |
| U/M 3 | A personal letter. | Личное письмо. |
| | | |
| Sporyshev: | Yes, a personal letter. And I thought of sending something out of this shit too. | Да, личное письмо. И я подумал вот из этого говна тоже че-нибудь отправить. |
| | | |
| U/M 3 | What is it? | Это че такое? |
| | | |
| Sporyshev: | No, no. | Нет, нет. |
| | | |
| U/M 3 | Yes, so let us send this. They will be amused. | Так, вот это давай отправим. Они повеселятся. |
| | | |

| Sporyshev: | Extra ones for shipping, those are kind of documents and a personal letter. | Лишние на отправку, я просто как бы документы и письмо личное. |
|---|---|---|
| U/M 3 | I just want to tell you that the mail arrives by plane already on Tuesday. | Ну просто я тебе хочу сказать, что во вторник уже почта прилетает. |
| Sporyshev: | Well, OK, | Ну, хорошо, |
| U/M 3 | Just don`t forget of it. | Просто не забудь об этом. |
| Sporyshev: | I understand. Alright. | Я понимаю. Хорошо. |
| U/M 3 | I then get the proper information, | Я тогда поинформируюсь соответственно, что… |
| Sporyshev: | Monday is a deadline for us, yes? | То есть понедельник у нас крайний срок, да? |
| U/M 3 | Signature has to be obtained by Friday. | Подпись там до пятницы. |
| Sporyshev: | Signature is fucking nothing. I'll do signature tomorrow | Подпись-то это хуйня. Подпись я завтра |
| U/M 3 | Monday, why Monday? | Понедельник, почему крайний? |
| Sporyshev: | No? | Нет? |
| U/M 3 | Nah, next Monday, that is the deadline. | Не, понедельник следующий, крайний совсем. |
| Sporyshev: | I got it, | Понятно, |
| U/M 3 | So you have another week left. | Еще неделя у тебя есть. |
| Sporyshev: | Well, I think in such a … | Ну я думаю, что вот в таком... |
| U/M 3 | It is advisable that even if you have it ready on Thursday, that would be marvellous. | А желательно даже вот если в четверг у тебя в следующий будет, то вообще будет изумительно. |
| [3:01:56] | | |

## Session E

| Participant | Translation | Transcription |
|---|---|---|
| [3:07:32] | | |
| Sporyshev: | Look. The telegram came to them on the first. The eleventh. | Смотри. Телеграмма к ним пришла первого числа. Одиннадцатое. |
| | | |
| Podobnyy: | What, it has been lying around for ten days? I don`t know, just fucking forget about it and that's it. This is not an information request. Hold on, when did he write to Stevens? Check that. | Че, она десять дней лежала? Не знаю, забей хуй просто и все. Это ж не информационный вопрос. Подожди а когда он Стивенсу написал? Ты вот это посмотри. |
| | | |
| Sporyshev: | On the first, Stevens read it on the second. | Первого числа, Стивенс второго ее читал. |
| | | |
| Podobnyy: | Did you get who had it all this time? [laugh] It was not Tikhonovich who had it. | Ты понял, у кого она пролежала-то? [laugh] Она не у Тихоновича пролежала. |
| | | |
| Sporyshev: | Why would I care? | Какая мне разница? |
| | | |
| Podobnyy: | It is Stepan who holds, damn it… | Да Степа, блядь, там же держит. Пиздец, говорят... |
| | | |
| Sporyshev: | And here I am telling you, Stevens is writing bullshit about me now, that`s why he was asking you where I worked. And how it is called. | Вот я тебе и говорю, Стивенс сейчас на меня пишет хуйню, поэтому он спрашивал у тебя, где я работаю. Как это называется. |
| | | |
| Podobnyy: | Well, he writes the answer then regarding that. | Ну пишет, наверно, да, ответ по этому делу. |
| | | |
| Sporyshev: | So it turns out that he… | Так он, получается… |
| | | |

| Participant | Translation | Transcription |
|---|---|---|
| Podobnyy: | // Well, that's right, he is trying to solve this issue with Berdnikov. But poor Berdnikov does not get what they want from him. Stevens, damn it… If he was told: Berdnikov, so he keeps pestering Berdnikov… [pause] [U/I] Trade Chamber two days ago. I told him to Trade Representation because it is within the framework of the Ministry of Economic Development. "Well, of course, I know", but his eyes actually widened, damn it. | // Ну, правильно, с Берниковым, блядь, пытается этот вопрос решить. А Берников не понимает, чего от него хотят, бедный. Стивенс же блядь, сказано Берников, он Берникову и ебет мозги... [пауза] [U/I] Торгово-промышленной палаты два дня назад. Я ему говорю типа на Торгпредство, потому что это структура Министерства экономического развития. «Ну, это само собой, я знаю», а у самого глаза такие в потолок, блядь, еб ты. |
| | | |
| 03:08:56-03:09:40 | Dead air | |

## Session F

| Participant | Translation | Transcription |
|---|---|---|
| [3:14:12] | | |
| Sporyshev: | [U/I] By May 10th. Damn, somehow, we have accumulated so much shit to be delivered after May holidays. 'About the demographic threat to economic security of Russia'. Cracker. | [U/I] До десятого мая. Блядь, че-то у нас после майских праздников до хуища собралось всякого говна. «О демографической угрозе экономической безопасности России». Прикол. |
| | | |
| Podobnyy: | Damn, they started basically going to scientific conferences of governor's level and unloading all that locally, right? | Блядь, они по ходу начали по научным конференциям губернаторским ездить, все это заряжать в точки, да? |
| | | |
| Sporyshev: | Damn it. Who became the twentieth… | Хуясе. Ставшего двадцатым... |
| | | |
| 03:14:50-03:16:37 | Dead air | |
| | | |
| Sporyshev: | Probably I will give it to Zhen`ka [Zhenya]. | Наверно Женьке ее отдам. |
| | | |
| Podobnyy: | Will you give it for me to read? | Дашь почитать? |
| | | |
| Sporyshev: | Yes, now. | Да, сейчас. |
| | | |
| Podobnyy: | Just out of curiosity, not for the sake of [U/I]. | Просто ради интереса, не в плане [U/I]. |
| | | |
| Sporyshev: | Nah, it is just that one has to sit with American documents, damn it, again, and stupidly deal with them. Again, why the fuck write a telegram if this can be done in Moscow? Analysis of efficiency of the legislature. Fuck. Of course, who is going to do this? | Не, просто опять надо сидеть с американскими блядь документами, просто тупо возиться с ними. Опять же на хуя писать телеграмму, если можно это сделать, блядь, в Москве? Анализ эффективности законодательства. Еб ты. Конечно, кто будет этим заниматься? |
| [3:17:10] | | |

# Session G

| Participant | Translation | Transcription |
|---|---|---|
| Sporyshev: | What are you writing about? Is this China? | Ты че рисуешь-то? Этот Китай? |
| | | |
| Podobnyy: | Yes, just yesterday [U/I]. | Да. Вчера только [U/I]. |
| | | |
| Sporyshev: | Vitalik says that the boss is not in the mood today, that is why he turned down all the telegrams. He turned down his on Syria, our on the Stream. | Виталик говорит у шефа настроения сегодня нет, поэтому он все телеграммы рубит. Типа, у него Сирию зарубил, нам поток зарубил. |
| | | |
| Podobnyy: | Don't give a fuck. Technically it is Vitali's problem. I know what I`m talking about. There is a clear response to the inquiry, paragraph by paragraph. | Похуй. Вообще-то дальше это проблема Виталика. Я за базар могу ответить. На запрос четко ответ, прямо по абзацам. |
| | | |
| Sporyshev: | I, too… | Я тоже… |
| | | |
| Podobnyy: | They inquire – and it is precise – timeline, I put timeline, obstacles – I described obstacles, like, authority actions – I listed authority actions. | Спрашивают вот прям один в один – срок, я срок поставил, препятствия - препятствия описал, типа действия властей - действия властей перечислил. |
| | | |
| Sporyshev: | Which one are you talking about? | Ты про ты про что? Какой это? |
| | | |
| Podobnyy: | About internationalization of yuan. It is some fucking shit. Let him have questions about it, but it is a clear reply to the inquiry. They asked, when… estimates when yuan becomes internat… I am giving everything: timeline, reasons, bullet by bullet. And the request to cover all these materials… Let them do it. No need to fucking ask when everything is open. If everyone knows the timelines, so why ask then, right? | Про интернационализацию юаня. Прямо вообще там хуй какой-то. Пусть он отдельно там до нее доебываться, но на запрос четкий ответ. Там спросили, когда… оценки, когда юань станет интернац... Я даю прям всё: сроки, причины, прям по пунктам. А вопрос то знаешь блядь закрыть все эти материалы... Пусть сами там... Не хуй спрашивать, когда все это открыто. Если все знают сроки, че тогда спрашивать, да? |

| Participant | Translation | Transcription |
|---|---|---|
| [3:22:27] | | |

## Session H

| Participant | Translation | Transcription |
|---|---|---|
| 03:32:34-03:34:42 | [coughs] [sound of turning pages] | [coughs] [sound of turning pages] |
| | | |
| Podobnyy: | The exception is Dagestan and Republic of Chechnya. Damn, this is an inquiry from Moscow? Did you read that additional human resources of Northern Caucus will be absorbed by the shadow economy? Well, they understand everything. Just write Criminals, don`t be shy. Shadow economy. It`s probably from FSB. | Исключением является Дагестан и Чеченская республика. Блядь, это запрос из Москвы, ты читал, что дополнительные трудовые ресурсы Кавказа будут освоены теневой экономикой? Ну, понимают всё. Криминалом, сразу пишите тогда, че вы стесняетесь? Теневая экономика. Это наверно из ФСБ. |
| | | |
| Sporyshev: | Is this my folder? Yes? | Так, это моя папка? Да? |
| | | |
| Podobnyy: | Yes. You meant the notebook. This is a notebook. | Да. Ты блокнот хотел сказать. Это блокнот. |
| | | |
| Sporyshev: | Well, what's difference? You got what it was about? [pause] Yes, damn it. | Ну какая хуй разница. Ты ж понял, о чем речь идет? [пауза] Да, бля. |
| [3:35:49 – 3:36:23] | Dead Air | |
| | | |
| Podobnyy: | Well, again this is not intelligence, I agree. It is a regular, analytical inquiry. To study the following questions: foreign practice of attracting qualified immigrants in the country, it is not classified info, just open and read. | Ну, это опять это не разведка, я согласен. Запрос просто обычный, аналитический. По изучению следующих вопросов: зарубежная практика привлечения в страну квалифицированных иммигрантов, не секретная информация, заходи-читай. |
| | | |
| Sporyshev: | Telegram cannot be classified. Just open the Internet and write a good infonote. This is nightmare. | Телеграмма вообще не может быть секретная. Это, блядь, открой интернет и напиши хорошую справку. Это же кошмар. |
| | | |

| Participant | Translation | Transcription |
|---|---|---|
| Podobnyy: | Damn, why the fuck they ask, the practice of immigration laws? Why is intelligence being asked about it? Pay money to a consulting… | Блядь, стоит, какого хуя они спрашивают, практика иммиграционного законодательства? Почему разведку об этом спрашивают, блядь? Заплати деньги консалтинговой… |
| | | |
| Sporyshev: | And aircraft? Was there one word about them? | А воздушные суда? Хоть слово было? |
| | | |
| Podobnyy: | This does not relate to us at all. RAN [PH] has to be asked why they sign such things. Or is it total lack of understanding of intelligence information in general? | Это вообще никакого отношения к нам. Это РАН надо спрашивать, почему они подписывают такие вещи. Или полное непонимание вообще разведывательной информации идет? |
| | | |
| Sporyshev: | Well, they fucking included: silent measures of the government, the flow-away of [U/I] to foreign countries. What is there to stimulate? | Ну вот, блядь, включили на хуй: негласные меры правительства, утечка [U/I] в зарубежные страны. Че там стимулировать, блядь? |
| | | |
| Podobnyy: | Damn, I did not… Which question? | Бля, я че-то такого… Какой вопрос? |
| | | |
| Sporyshev: | Sixth one. [coughs] | Шестой. [coughs] |
| | | |
| Podobnyy: | "Sensitivity from the demographic point of view of regions of the RF, a threat of driving out the native population…" There is damn Ministry of regional development, [Ministry of] social labor. | «Уязвимость с демографической точки зрения регионов РФ, угроза вытеснения коренного населения…» Есть, блядь, министерство регионального развития, блядь, соцтруда. |
| | | |
| Sporyshev: | Why are you telling me this now? Did you read? | Ты зачем мне это сейчас говоришь? Ты прочитал? |
| | | |
| Podobnyy: | I'm not telling this to you. I'm letting off steam. They fucking lost their mind. | Я не тебе это говорю, я пар выпускаю. Просто совсем уже охуели. |
| | | |

| Participant | Translation | Transcription |
|---|---|---|
| Sporyshev: | Tell me thank you for not asking you to deal with this shit. | Скажи спасибо, что я тебя не прошу заняться этим говном. |
| | | |
| Podobnyy: | Thank you. What day is it today? The 11th? | Спасибо. Какое сегодня? 11е? |
| | | |
| Sporyshev: [3:38:31] | I will not deal with this either. | Я тоже не буду этим заниматься. |

| Participant | Translation | Transcription |
|---|---|---|
| [3:39:16] | | |
| Sporyshev: | Vitaliy already tasked Clark. Clark went to read the Internet. [U/I] I will not write it better because I do not know what Euro Commissioner does and what he thinks in regards to this. | Виталик уже Кларка напряг. Кларк пошел читать интернет. [U/I] Лучше я все равно не напишу, потому что я не знаю, чем занимается Еврокомиссар и что он по этому поводу думает. |
| | | |
| Podobnyy: | Clark [U/I]. [laughs] don't know what to do. Fucking good tactics by the way, to make it the way that … I need to get myself such a reputation. So that there were less questions. | Кларк [U/I]. [laughs] не знаю, что делать. Охуенная тактика кстати, сделать так, чтобы… Надо такую репутацию себе завести. Чтобы поменьше вопросов было. |
| | | |
| Sporyshev: | I am really ashamed because there is such an impression that I am a complete idiot, who, damn it, cannot even write a telegram. | Мне в самом деле стыдно, потому что складывается такое впечатление, что я полный мудак, который, блядь, не умеет даже телеграмму написать. |
| | | |
| Podobnyy: | Why does he decide that Clark will [U/I]? More specifics? | Почему он решает, что Кларк [U/I]? Больше конкретики? |
| | | |
| Sporyshev: | And when Clark writes something, I am just fucking shocked. Simply in a newspaper style. For example, when he wrote about gas-hydrates. An absolutely open telegram. General phrases, about nothing. Well, as Clark says it goes through. | А Кларк то что пишет, я просто охуеваю, блядь. Просто газетным стилем, блядь. Вот он по газогидратам писал. Абсолютно открытая телеграмма. Общие фразы, блядь, ни о чем. Ну, как Кларк говорит, у них это дело все проходит. |
| | | |
| Podobnyy: | Because they are not asking them, now it is more or less descriptive. | У них потому что не спрашивают, сейчас более менее описательно. |
| | | |
| Sporyshev: | Damn. Well, alright. I have nothing to say. | Бля. Ну в общем. Мне сказать нечего. |
| | | |

| Participant | Translation | Transcription |
|---|---|---|
| 03:40:55-03:44:25 | Dead air | |

## Session J

| Participant | Translation | Transcription |
|---|---|---|
| Sporyshev | Yes, I took the forms. OK, tomorrow I`ll come by in the morning, if everything is OK and then I will leave and come back. | Так, бланки я взял. Так, я завтра появлюсь с утречка, если все будет нормально и потом уеду и приеду. |
| | | |
| Podobnyy: | You say in the morning? | С утра говоришь? |
| | | |
| Sporyshev: | Well, if I arrange it with my boss now… I will bring him here at 9 am. [U/I] | Ну, если я сейчас с шефом договорюсь... со своим. Я его сюда в 9 утра привезу. [U/I] |
| | | |
| Podobnyy: | OK. Straight to the Residentura, you mean? | Угу. Прямо в Резидентуру, что ли? |
| | | |
| Sporyshev: | Are you fucking nuts? | Охуел, что ли? |
| | | |
| Podobnyy: | But where? | Ну, а куда? |
| | | |
| Sporyshev: | Well, there is a room here. | Ну, здесь есть комната. |
| | | |
| Podobnyy: | Some special one? He told you to bring him here? | Специальная, какая-нибудь? Он тебе сказал, чтобы ты его сюда привез? |
| | | |
| Sporyshev: | Yes. | Да. |
| | | |
| Podobnyy: | Fuck. Well, damn it, he is completely, not even to the city. Well, in the city might be done too… | Хуясе. Да, он че-то блядь совсем, даже не в городе. Ну, в городе может и хуй с ним... |
| | | |
| Sporyshev: | Nah, why in the city? It is recordable. In the city [U/I]. | Не, в городе зачем? Пишется. В городе [U/I]. |
| | | |
| Podobnyy: | Under some sauce, if it's a closed space. I see. Trade Representation [U/I] in the city. | Под соусом, если закрытое помещение есть как бы. Понятно. Торгпредство  [U/I] в городе. |
| | | |
| Sporyshev: | Nah, all is fine, I do the same thing. Except that it's not the same, of course. | Не, все хорошо, я также делаю. Единственное, что не также, конечно. |

| Participant | Translation | Transcription |
|---|---|---|
| | | |
| Podobnyy: | Zhenya told me that there was a time when Sharay, I think, came to [U/I] RSA, to the Representation. But he was not the number one person [U/I]. He definitely had a boss in RSA. Because he told me that Sharay came to visit him, Zhenya. And at that time even his boss did not know and it was kind of like he was closed from the boss then, he did not know that Zhenya was an employee of the Service. And it was like: "is the boss here? Take him to the restaurant, if you want". Three of them including Sharay were at a restaurant. And he told, damn, presented Zhenya in his new capacity. Zhenya: I still don't know myself fully why the fuck he did it, evidently, in order to avoid interagency friction, he told me this himself. | Женя рассказывал, что Шарай, по-моему, в свое время приехал [U/I] ЮАР в Представительство. Но он не был первым лицом [U/I]. У него был начальник в ЮАР однозначно. Потому что он мне рассказывал, что к нему приезжал Шарай к Жене, и он как бы даже от начальника был закрыт тогда, не знал, что Женя сотрудник служб. И типа он: «начальник-то на месте? веди его в ресторан, если хочешь». Втроем они сидели с Шараем в ресторане. Рассказал, блядь, представил Женю в новом качестве. Женя я сам не знаю до сих пор до конца на хуя он это сделал, видимо, чтобы исключить межведомственные трения, вот он мне сам это рассказывал. |
| | | |
| Sporyshev: | Oh. I have a very positive opinion of Sharay. | Оох. У меня о Шарае очень позитивное мнение. |
| | | |
| Podobnyy: | Yes, damn it, everyone has a positive opinion of him. They say they even worship him comparing to what's now. They just say he was with Lebedev. Lebedev left and Sharay was forced to leave [U/I]. That is why he… He had nothing to lose with such *background*, he could easily go into business, he was not afraid for his ass, he started doing business. [U/I] As a result, damn it. | Так о бля, он у всех позитивного мнения. Рассказывают, что вовсе боготворят, по сравнению с тем, что сейчас. Он, говорят, просто с Лебедевым был. Лебедев ушел и Шарая на хуй поперли [U/I]. Поэтому у него… ему нечего было терять с таким бекграундом, он мог спокойно делом заняться. Поэтому, блядь, не за жопу свою трясся, а делом начал заниматься. [U/I] Вот в итоге, блядь. |
| | | |

| Participant | Translation | Transcription |
|---|---|---|
| Sporyshev | Moreover, Sharay,.. I got to know Sharay when he was the head of this BTS [PH] department. | Причем Шарай… Я когда Шарая узнал, когда он был начальником этого БТСного отдела. |
| | | |
| Podobnyy: | Uh-huh. | Угу. |
| | | |
| Sporyshev | No, not BTS. He was the head of that very department that I joined later. | Не, не БТСного. Он был начальником как раз того отдела, куда я потом пришел. |
| | | |
| Podobnyy: | OK. | Угу. |
| | | |
| Sporyshev | Komissarov was already [the head] of BTS department.. | БТСного так и был Комиссаров уже. |
| | | |
| Podobnyy: | OK. There was a real demand then, economically it was… | Угу. Тогда был запрос реальный, экономически... |
| | | |
| Sporyshev | // Dimchenko was then… | // Тогда Димченко был… |
| | | |
| Podobnyy: | There was specifics in the program. You see, back then the Agency did receive calls, the phone was bursting in the receiving office. | Была специфика по программе. Понимаешь, тогда действительно звонили ведомству, в приемной телефон разрывался... |
| | | |
| Sporyshev | I am telling you… | Я тебе говорю… |
| | | |
| Podobnyy: | Everyone knew what they wanted, questions were specific… | Знали, че хотели все, вопросы были конкретные... |
| | | |
| Sporyshev | We worked… I'm telling you: I worked on specific checks. Afterwards all that turned into some shit… As they send now for instance… | Мы занимались… Я говорю: я занимался конкретными проверками. Потом это все превратилось в какую-то блядь... Вот как сейчас вот присылают.. |
| | | |
| Podobnyy: | And what was the check about? | А в чем была проверка? |
| | | |

| Participant | Translation | Transcription |
|---|---|---|
| Sporyshev: | Let us assume IA. FSB would send an inquiry regarding the fact that they were conducting certain operations in regards to such and such persons. There was a suspicion of this or that. We had to shed light on this or that. | Предположим ВД. Да. Присылала ФСБ запрос о том, что мы проводим такие-то мероприятия в отношении таких-то лиц. Подозрение в том-то, в том-то, в том-то. Нам нужно подсветить то-то, то-то, то-то. |
| | | |
| Podobnyy: | But did you also go, do shit, check databases or… | Но также ходили, хуйней занимались в базах или... |
| | | |
| Sporyshev: | No, no. First, we would do a full check of all databases, which were available, we would write to points and ask specific questions. Not just to inform, damn, about reputation, right? But we had to find out account numbers, what was registered on that person in this country. | Не, не. Во-первых мы пробивали все полностью базы, которые были в доступности, писали в точки, и задавали конкретные вопросы. Не просто сообщить блядь репутацию, да? А надо было выяснить номера счетов, там, что зарегистрировано в этой стране на этого человека. |
| | | |
| Podobnyy: | [U/I] were operative questions? | [U/I] были оперативные вопросы? |
| | | |
| Sporyshev: | As a rule, this can be obtained. | В принципе это получить можно... |
| | | |
| Podobnyy: | This is not classified info. | Это же не закрытая информация. |
| | | |
| Sporyshev: | Accounts is not open information. | Счета – это не открытая информация. |
| | | |
| Podobnyy: | Accounts is not. [Getting] Accounts would not always work out through banking connections, it… [coughs] As for real estate, now inquiries would come, you and I would dig up, damn, our people's deputies own so much real estate… | Счета – да. Счета через банковские возможности не всегда получалось, это… [coughs] А что касается недвижимости, сейчас пришли бы запросы, мы с тобой нароем блядь, тут у наших депутатов столько недвижимости было... |
| | | |
| Podobnyy: | Through databases? | Через базы? |
| | | |
| Sporyshev: | Yes. | Да. |
| | | |

| Participant | Translation | Transcription |
|---|---|---|
| Podobnyy: | I did not see that. Maybe I did in a database. | Не видел такого. Может и видел в базе данных. |
| | | |
| Sporyshev: | It all can be found, it's just that nobody needs it. Right. There is no such task. | Это все можно найти, просто никому не нужно. Вот. Задача такая не стоит. |
| | | |
| Podobnyy: | But in Russia a CIA guy would definitely have a problem. You give one thousand rubles [U/I] | Но в России црушнику точно проблема. Тысячу рублей даешь [U/I] |
| | | |
| Sporyshev: | Generally speaking… | По большому счету... |
| | | |
| | … and you get a fucking folder… | … и тебе, на хуй, папку – раз... |
| | | |
| | Generally speaking, if such an inquiry comes in, there are firms that deal exactly with… | По большому счету если приходит такой запрос, то здесь есть фирмы которые занимаются как раз... |
| | | |
| | Collection… | Сбором... |
| | | |
| | Collection of such information. You do it completely legally, legally. Meaning you come in as a private person, you pay money… | Сбором такой информации. Ты делаешь совершенно легально, легально. То есть, ты приходишь как частное лицо, платишь деньги... |
| | | |
| Podobnyy: | But this is considered exposing intelligence activity. | Но это считается, типа, засветка разведдеятельности. |
| | | |
| Sporyshev: | In some cases it is justified, it`s just that now nobody needs it. Do you get it? | В некоторых случаях это оправдано. Просто сейчас никому это не нужно. Понимаешь? |
| | | |
| Podobnyy: | They stopped working completely. | Перестали вообще работать. |
| | | |
| Sporyshev: | We stopped working. Not exactly us, if the government service starting with the president, all of it  mired… | Мы перестали работать. Не то что мы. Если госслужба, начиная от президента, блядь, она вся погрязла… |
| | | |

| Participant | Translation | Transcription |
|---|---|---|
| Podobnyy: | Uh-huh. | Угу. |
| | | |
| Sporyshev: | … in fuck knows what, naturally such work of ours, nobody needs it. | …хуй знает в чем, то, естественно, вот такая наша работа она никому не нужна. |
| | | |
| Podobnyy: | Yes. | Да. |
| | | |
| Sporyshev: | If it were needed at all, one could set up a net of agents in those entities, which deal with tracking of all of these notifications. One can find banking accounts. This question can be solved in Chase, no difference what it`s called. It could be ONS [PH]… | Если бы это было вообще необходимо, можно бы было завести агентуру в тех структурах, которые как раз занимаются отслеживанием вот этих всех предвещений. Банковские счета, блядь, можно найти. Чейз – решабельный этот вопрос. Неважно, как это будет обзываться. Там ОНС это будет… |
| | | |
| Podobnyy: | Uh-huh. | Угу. |
| | | |
| Sporyshev: | …official connections, DS, whatever you wish. The most important thing is to have a source, which would work for us, for money, damn, officially, does not matter. | …официальная связь, ДС, как угодно. Самое главное, чтобы был источник, да? Который работал бы на нас, за деньги, блядь, официально, не важно. |
| | | |
| Podobnyy: | Uh-huh. | Угу. |
| | | |
| Sporyshev: | But nobody fucking needs this work. And this is exactly economic security, this is our job. Not to write this shit and sit. Ah. Anyway, I am leaving. | Просто никому на хуй не надо такая работа. А это как раз экономическая безопасность, это наша с тобой работа. Не вот эту хуйню писать, бля, сидеть. Аа. Ладно, поехал я. |
| | | |
| Podobnyy: | OK. Take care. | Давай. Счастливо. |
| | | |
| Sporyshev: | Till tomorrow. | До завтра. |
| | | |