**EXHIBIT C**

**WHITE & CASE**

March 2, 2016

BY EMAIL

Stephen Ritchin
United States Attorney's Office
Criminal Division
1 St. Andrew's Plaza
New York, NY 10007

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
T +1 212 819 8200

whitecase.com

**United States v. Buryakov, 15 cr 73 (RMB)**

Dear Mr. Ritchin:

Dear Mr. Ritchin:

     Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and Judge Berman's order of February 25, 2016, on behalf of Defendant Mr. Evgeny Buryakov, we hereby provide a written summary of expert testimony that we intend to use under Rules 702, 703, or 705 of the Federal Rules of Evidence in the above-referenced trial.

    **I.**    **Dr. Michael R. Czinkota**

     We intend to call Dr. Michael R. Czinkota, who is a professor at Georgetown University, where he served as the chairman of the National Center for Export-Import Studies.  Dr. Czinkota served in the U.S. Government during the Reagan and Bush Administrations.  As Deputy Assistant Secretary of Commerce he was responsible for trade analysis, support of international trade negotiations and retaliatory actions.  He has also been head of the U.S. Delegation to the OECD Industry Committee in Paris and was senior advisor for Export Controls.  Dr. Czinkota's background also includes eight years as a partner in an export-import firm and in an advertising agency and twenty years of research and teaching in the academic world.  He was listed as one of the three most published contributors to international business research in the world.  A *curriculum vitae* for Dr. Czinkota, which describes his qualifications, is enclosed with this letter.

     Dr. Czinkota was asked to review certain Government filings in this case, in addition to the discovery produced in this case by the Government.  Of the filings in this case, Dr. Czinkota has reviewed the Complaint [Dkt. No. 1], the Original Indictment [Dkt. No. 10], and the Superseding Indictment, [Dkt. No. 118]. Dr. Czikota has also reviewed the following discovery materials that were produced to Defendant by the Government: (i) written and recorded communications involving Mr. Buryakov, (ii) Mr. Buryakov's visa application; (iii) documents concerning Vnesheconombank ("VEB"); (iv) materials seized from Mr. Buryakov's home and

Stephen Ritchin
March 2, 2016

office. Dr. Czinkota has also reviewed information from public sources, including news articles, public filings and other publicly available documents.

If called to testify, I anticipate that Dr. Czinkota's expert testimony will consist of the following:

1. Dr. Czinkota will provide testimony regarding international trade finance banks and their relationship to the government. He will also testify regarding the typical practices of those working in the international trade sphere, and the role of employees of international trade finance banks in that sphere. He will also testify about the typical practices of those working in a trade mission and their relationships with those working in international trade finance banks.

2. Dr. Czinkota will testify about the role of the U.S. Export Import Bank and its relationship with other government agencies, such as the Department of Commerce.

3. Dr. Czinkota will testify regarding his role as Deputy Assistant Secretary of Commerce and the level of cooperation that he expected from employees of entities such as the U.S. Export Import Bank.

4. Based on his review of discovery materials produced by the Government, Dr. Czinkota will opine on Mr. Buryakov's activities as an employee of a state-owned development bank.

**II.   John Schuster**

We intend to call John Schuster, former head of the U.S. Export Import Bank's Structured Finance Division. Mr. Schuster has over 30 years of experience in the infrastructure finance industry, having spent 15 years at the U.S. Export Import Bank, and has led or advised deal and project teams for more than 200 separate transactions in the power, oil and gas, mining, satellite, semiconductor and other sectors. A *curriculum vitae* for Mr. Schuster, which describes his qualifications and prior testimony, is enclosed with this letter.

Mr. Schuster was asked to review certain Government filings in this case, in addition to the discovery produced in this case by the Government. Of the filings in this case, Mr. Schuster has reviewed the complaint Dkt. No. 1, the Original Indictment [Dkt. No.10], and the Superseding Indictment, [Dkt. No. 118]. Mr. Schuster has also reviewed the following discovery materials that were produced to Defendant by the Government: (i) written and recorded communications involving Mr. Buryakov, (ii) Mr. Buryakov's visa application; (iii) documents concerning Vnesheconombank ("VEB"); (iv) materials seized from Mr. Buryakov's home and office. Mr. Schuster has also reviewed information from public sources, including news articles, public filings and other publicly available documents.

1. Mr. Schuster will provide background testimony regarding international trade finance banks. He will also testify regarding the typical practices of those working in the international trade sphere, and the role of employees of international trade finance banks in that

Americas 91109608 v4
6240165-0003

**WHITE & CASE**

Stephen Ritchin
March 2, 2016

sphere. He will also testify about the relationships of those working in international trade finance banks with representatives of the trade mission and other government agencies.

2. Mr. Schuster will testify regarding the role of the Export Import Bank and its relationship with other government agencies, such as the Department of Commerce.

3. Mr. Schuster will testify regarding his time at the Export Import Bank of the United States, and the level of cooperation that he provided to the Department of Commerce and other U.S. Government agencies.

4. Based on his review of discovery materials produced by the Government, Mr. Schuster will opine on Mr. Buryakov's activities as an employee of a state-owned development bank.

### III. Dr. Thomas Beyer

We intend to call Dr. Thomas Beyer, who is the C.V. Starr Professor of Russian and East European Studies at Middlebury College. Dr. Beyer earned his PhD in Slavic Literatures at the University of Kansas. He has published over a dozen of books on the Russian language, and has translated several of the works of Andrey Bely from Russian into English. He has taught Russian language and literature at Middlebury College for over forty years, and has served as the dean of the Russian School, and the chair of the Center for Russian and Soviet Studies. He served as Director of Kansas University in Leningrad, Director of Middlebury College in the Soviet Union, and Assistant Director of Georgetown University in Leningrad. He also served as an escort-interpreter for Soviet delegations in the United States. He has published dozens of articles and papers on Russian language and literature. A *curriculum vitae* for Dr. Beyer, which describes his qualifications and prior testimony, is enclosed with this letter.

Dr. Beyer was asked to review certain Government filings in this case, in addition to the discovery produced in this case by the Government. Of the filings in this case, Dr. Beyer has reviewed the complaint [Dkt. No. 1], the Original Indictment [Dkt. No.10], and the Superseding Indictment, [Dkt. No. 118]. Dr. Beyer has also reviewed the following discovery materials that were produced to Defendant by the Government: (i) written and recorded oral communications involving Mr. Buryakov, (ii) written and recorded oral communications involving Defendant Igor Sporyshev; (iii) written and recorded oral communications involving Defendant Victor Podobnyy; (iv) materials seized from Mr. Buryakov's home and office. Dr. Beyer has also reviewed information from public sources, including news articles, public filings and other publicly available documents.

If called to testify, I anticipate that Dr. Beyer's expert testimony will consist of the following:

1. Dr. Beyer will provide background information regarding the process of translation, including the proper way to translate oral, online, and text communications so that the translation is accurate and produces an effect comparable to that of the original.

3

**WHITE & CASE**

Stephen Ritchin
March 2, 2016

2. Dr. Beyer will also provide background information on the Russian language, including how it differs from the English language, and how the relationship between participants in a conversation may affect word choice, tone, and sentence structure.

3. Dr. Beyer will also provide background information regarding common Russian names, nicknames and diminutive forms of those names, and the circumstances under which they may be used.

4. Dr. Beyer will testify regarding communications involving Mr. Buryakov, Igor Sporyshev, and Victor Podobnyy, based upon his review of those communications.

5. Based upon his review of the oral and written communications involving Mr. Buryakov, Igor Sporyshev and Victor Podobnyy, Dr. Beyer will testify about what these communications show about the relationship of the participants.

### IV.   Mr. Jeffrey M. Smith

We intend to call Mr. Jeffrey M. Smith, who is the Associate Director of the National Center for Media Forensics. Mr. Smith's research areas include the forensic authentication of recorded media and forensic speaker recognition. He is a member of the Audio Engineering Society, as Chair of the Technical Committee on Audio Forensics. Mr. Smith has extensive experience working with law enforcement as member-at-large of the Scientific Working Group on Digital Evidence Executive Committee. Mr. Smith has published in peer-reviewed publications, presented in peer-reviewed conference proceedings, and has published several reference works on various topics pertaining to forensic analysis media, including forensic analysis of audio recordings. A *curriculum vitae* for Mr. Smith, which describes his qualifications, is enclosed with this letter.

Mr. Smith was asked to review certain Government filings in this case, in addition to the discovery produced in this case by the Government. Of the filings in this case, Mr. Beyer has reviewed the Complaint [Dkt. No. 1], the Original Indictment [Dkt. No.10], and the Superseding Indictment, [Dkt. No. 118]. Mr. Smith has also reviewed the following discovery materials that were produced to Defendant by the Government: (i) recordings allegedly involving Mr. Buryakov, (ii) recordings allegedly involving Defendant Igor Sporyshev; (iii) recordings allegedly involving Defendant Victor Podobnyy.

If called to testify, I anticipate that Mr. Smith's expert testimony will consist of the following:

1. Mr. Smith will provide background information regarding forensic analysis of audio recordings.

2. Mr. Smith will provide testimony regarding audio enhancement services provided to Defendant.

4

**WHITE & CASE**

Stephen Ritchin
March 2, 2016

      3. Mr. Smith will provide testimony regarding the audio quality of the audio recordings produced by the Government to Defendant.

This letter is a good faith attempt at this time to describe the expert witnesses' opinions, the bases for those opinions, the witnesses' anticipated testimony, and the witnesses' qualifications. It is subject to revision as we continue to review relevant materials and prepare for trial, and as we consider the Government's opening statement, hear the testimony of the Government's witnesses and review the Government's Jencks Act and *Giglio* material. Accordingly, we expressly reserve the right to offer additional expert testimony in response to Jencks Act and *Giglio* material, the proof offered by the Government, and our own continued preparation for trial.

Very truly yours,


*/s/ Scott Hershman*
**Scott Hershman**

**T** +1 212 819 8366
**E** scott.hershman@whitecase.com



cc:    Emil Bove
        Brendan Quigley