# EXHIBIT 1

От кого:
Бурякова Марина
Ленинский проспект,
дом 119, корп. 2, кв.84
г. Москва, Россия

Кому:
Достопочтенный Ричард М. Берман
Окружной судья США
Южный округ Нью-Йорка
Даниел Патрик Мойнихан
Суд США
ул. Пиарл, 500.
г. Нью-Йорк, штат Нью-Йорк 10007-1312

11 мая 2016 г.

Уважаемый судья Берман,

Прежде всего, я хочу принести извинения за свой английский язык, который не является для меня родным. Я, Марина Бурякова, супруга Евгения Бурякова. Мы женаты почти 17 лет.

Я познакомилась с Евгением в ноябре 1994 г. в станице Кущевской на юге России, когда я училась в школе в 10-ом классе. Вскоре после этого мы начали встречаться и поженились 24 июля 1999 г. В декабре того же года я переехала в его квартиру в Москве. С тех пор мы живем вместе, и у нас двое маленьких детей.

Евгений самый заботливый и семейный человек, которого я знаю в своей жизни. Он заботлив и трудолюбив. Он построил успешную карьеру во Внешэкономбанке. Тем не менее, он предан своей семье. У него две страсти: его работа и его семья. Евгений очень много работал и всегда хотел быть успешным в своей профессии, но его конечная цель всегда была получить все самое лучшее для нашей семьи, а также быть хорошим отцом и мужем.

Евгений заботливый отец. Он всегда старался провести как можно больше времени с нашими детьми: Павлом, которому 10 лет, и Полиной, которой 7 лет. Несмотря на всю свою занятость на работе, он всегда находил возможность для того, чтобы сводить их на представления, спектакли, спортивные мероприятия, а также путешествовать с ними.

Евгений также всегда хотел дать нашим детям лучшее образование. По этой причине он был рад работать за рубежом во Внешэкономбанке, поскольку он хотел, чтобы у детей было широкое мировоззрение, а также чтобы они свободно владели английским языком.

Павел и Полина уже перенесли много потрясений. День, когда Евгений был арестован – определенно самый худший день в их жизни, который они, без сомнения (и к сожалению), запомнят. Они испытали шок и стресс, от которых до сих пор не могут оправиться.

Они не видели своего отца уже почти шестнадцать месяцев и не знают, когда они его увидят снова. Это означает, что Евгений лишен самого важного и ценного в своей жизни: возможности видеть, как растут его дети и принимать участие в их воспитании. Кроме того, все это время Павел и Полина лишены отца, по которому они очень скучают.

Роль Евгения в их жизни очень важна для их будущего развития. Сейчас им очень важно иметь отца в своей жизни. Будучи маленьким мальчиком, Павел нуждается в примере для подражания. Евгений всегда был для него примером для подражания, и я очень обеспокоена тем, что отсутствие Евгения может нанести Павлу психологическую травму.

Полина подрастает и также нуждается в отце. Она уже не маленький ребенок, и она всегда была близка с ним. Полина очень скучает по своему отцу, по тому как он играл с ней и обучал ее. Евгений всегда относился к Полине как к принцессе. Он всегда хвалил ее ум и красоту. Мое сердце разрывается каждый раз, когда она спрашивает, когда вернётся домой ее папа.

Евгений всегда относился ко мне с заботой и уважением. Мы вместе решали проблемы мирным путем, показывая тем самым нашим детям, что мужчина и женщина могут спокойно договариваться и жить в гармонии.

Каждый из нас должен играть свою роль в жизни наших детей, и я боюсь продолжать воспитывать Павла и Полину как мать-одиночка. Я очень хочу, чтобы Евгений вернулся домой.

Если у Вас возникнут вопросы, Вы можете связаться со мной через г-на Скотта Хершмана из Уайт энд Кейс либо по электронной почте scott.hershman@whitecase.com,

2

либо по телефону +1 212 819 8200.

Благодарю Вас за уделенное время.

С уважением,

*М. Буяк*

Бурякова Марина

From:
Marina Buryakova
Apartment 84, 119-2 Leninskiy Prospekt
Moscow, Russia

To:
Hon. Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


May 11, 2016

Dear Judge Berman:

First of all I apologize for my English, but this is not my first language. I am Marina Buryakova, wife of Evgeny Buryakov. We have been married for almost 17 years.

I first met Evgeny in November 1994 in a small town (stanitsa) in the South of Russia called Kushchyovskaya when I was in the 10th grade at high school. We started our relationship soon after that and got married on 24 July 1999. Later that year, in December, I moved to his apartment in Moscow. We have lived together ever since then, and now have two young children.

Evgeny is the most caring and family-oriented person I have ever met. He is a thoughtful and hardworking man and has built a successful career at Vnesheconombank. But he is very devoted to his family. He has two passions: his work and his family. Evgeny worked extra hard and always wanted to succeed in his profession, but his ultimate goal was always to get the best for our family and to be a good father and husband.

Evgeny is a supportive father. He always spent as much time as he could with our children – Pavel, aged 10, and Polina, aged 7. He always found opportunity to take them out for shows, performances, sports events and travel, even though he was often very busy at work. Evgeny also always wanted to give the best education to our children. This is why he was happy to work abroad for VEB, he wanted the children to have broad horizons and speak excellent English.

Pavel and Polina have already been affected a lot. The day when Evgeny was arrested was definitely the worst day in their lives, which they will undoubtedly (and unfortunately) remember. They were shocked and suffered a stress from which they have not recovered still.

They have not seen their father for almost sixteen months and do not know when they will see him again. It means that Evgeny cannot be part of the most important and valuable thing in his life – seeing his children grow up and bringing them up. But also Pavel and Polina have lost their father for all this time and miss him very much.

Evgeny's role in their lives is very important to their future development. At this time in their life it is important for them to have their father in their lives. Pavel is a young boy and needs to have a role model. Evgeny was always his role model. I am very concerned that his absence will cause psychological harm for Pavel.

Polina needs a father in her life as well, as she becomes older. She is no longer a baby and she was always close to him. Polina misses her father very much, misses him playing with her and teaching her things. Evgeny always treated Polina like a princess. He always praised her intelligence and good look. My heart is tearing apart every time she asks when her daddy is coming back home.

Evgeny has always treated me with care and respect. We have been working problems out together in a peaceful and honest manner, showing our children that a man and woman can negotiate honorably and live in harmony.

Both of us need to have a role in our children's lives and I am scared to continue raising Pavel and Polina as a single mother. I really want Evgeny home.

Should you have any questions, please contact me through Mr. Scott Hershman at White & Case New York or by email at scott.hershman@whitecase.com and by telephone at +1 212-819-8200.

Thank you for your consideration.


Sincerely

Marina Buryakova