# EXHIBIT 2

My name is Pavel Buryakov, and my sister's name is Polina Buryakova. Our father is a very good human. He always listend, talked and played with us. He always organized things that will make me or my sister happy. When our father was arrested, we where shoked. Everyday became boring and gray. When my father was arrested I had for some time problems in school. Our father always helped us at homework and school. Our father always teached us to be good people and help other people. He always teached me to be honest, equitable, strong and kind man. Already 15 months our father is not hear with us. My sister is criying a lot, because she is missing him. I am really missing him to, but I don't criyin because he always tolled me that

I should help my mom and sister. We realy whant our father to return home faster.

Pavel Buryakov
Polina Buryakova