# EXHIBIT 3

From:
Evgeny Petrovich Buryakov
4 Rue Nozha B apartment 8
El Manar 2, El Menzah
Tunis 2092, Tunisia

Tatyana Vasilyevna Buryakova
Apartment 7, 20 Ulitsa Tsimlyanskaya
Moscow, Russia

To:
Hon. Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

May 11, 2016

Dear Judge Berman,

We are Evgeny Buryakov's parents, Evgeny Petrovich Buryakov and Tatyana Vasilyevna Buryakova.

Evgeny Buryakov is our eldest son, one of two sons born to us.

I, Evgeny's father, am currently a chief construction engineer employed with the Russian Embassy in Tunisia.

I, Evgeny's mother, until the events that took place in January 2015 was living together with Evgeny's father in Tunisia. However, I had to come back to Russia to look after Evgeny's children, as Evgeny's wife, Marina, is now working full time.

As someone who has known Evgeny his entire life we can say that we could not wish for a better son. He is the most caring, kind and loving person we know.

From a very young age Evgeny has been smart and had an inquisitive mind and stood apart from his classmates. His school teachers reported that he had a bright mind and was naturally gifted at learning foreign languages, especially English.

That is why we have always encouraged him to study. Evgeny has two university degrees, and we are very proud of our son's achievements. Evgeny's aptitude and intellectual capabilities resulted in an impressive career that he has built at Vnesheconombank. He always liked his job and cared about the work he was doing and about the people he was working with.

Although Evgeny's work means a lot to him, his family is obviously more important to him. Since 1999, Evgeny has been married to Marina, who gave him two beautiful children, Pavel and Polina. Everything he has ever done after their birth was aimed at improving their life and making sure that they received the best possible education. One of the reasons why Evgeny agreed to be sent to the United States was because he wanted them to speak perfect English. Although his work often included working overtime, Evgeny would always find time to see his children no matter how tired or preoccupied he was.

Now that Evgeny is away from his family it breaks our hearts to see his children grow up without him being able to witness it. Our grandchildren, who are only 7 and 10 years old, are extremely traumatized by the unexpected loss of opportunity to be with their father. We pray every day and night for Evgeny's return.

We raised Evgeny as a supportive person, who would always be ready to offer help to his family, friends and colleagues. Caring about others is the key part of who Evgeny is.

By way of an illustration, when Evgeny was 19, he saved his former class teacher's life. He has a very rare blood type. The teacher, whose name is Nadezhda Makarovna Syusyukalova, also had a rare blood type and urgently needed hematherapy (blood transfusion). Her relatives asked for Evgeny's help and, as it turned out that his blood was safe for transfusion, he immediately agreed to help. He donated blood and this saved her life.

Your Honor, we hope that in making your decision you would show mercy for the sake of his wife, children and us, and allow Evgeny to return to his family soon.

2

Should you decide that we could be of any further assistance, please contact us at +7(926)377-0499, +21625404461, buryakovatv@mail.ru.


Sincerely,


Evgeny Petrovich Buryakov                    Tatyana Vasilyevna Buryakova


3

От кого:
Евгений Петрович Буряков
4 Рю Ножа Б, квартира 8
Эль Манар 2, Эль Менза
Тунис 2092, Тунис

Татьяна Васильевна Бурякова
Улица Цимлянская, дом 20, квартира 7
г. Москва, Россия

Кому:
Достопочтенный Ричард М. Берман
Окружной судья США
Южный округ Нью-Йорка
Даниел Патрик Мойнихан
Суд США
ул. Пиарл, 500.
г. Нью-Йорк, штат Нью-Йорк 10007-1312

11 мая 2016 г.

Уважаемый судья Берман,

Мы, Евгений Петрович Буряков и Татьяна Васильевна Бурякова, являемся родителями Евгения Бурякова.

Евгений Буряков – старший из двух наших сыновей.

Я, отец Евгения, в настоящее время работаю главным инженером при посольстве России в Тунисе.

Я, мать Евгения, до событий января 2015 г. жила вместе с отцом Евгения в Тунисе. Однако мне пришлось вернуться в Россию, чтобы присматривать за детьми Евгения, т.к. жена Евгения, Марина, теперь работает полный рабочий день.

Как люди, которые знают Евгения на протяжении всей его жизни, мы можем с уверенностью сказать, что лучшего сына мы и не могли желать. Он самый заботливый, добрый и любящий человек, которого мы знаем.

С самого раннего возраста Евгений был умным и проницательным и выделялся на фоне своих одноклассников. Его учителя отмечали его светлый ум и склонность к изучению иностранных языков, особенно английского.

Поэтому мы всегда мотивировали его учиться. У Евгения два высших образования, и мы очень гордимся достижениями нашего сына. Способности и интеллектуальные возможности Евгения позволили ему построить блестящую карьеру во Внешэкономбанке. Ему всегда нравилась работа и он всегда болел за дело, которым он занимался, и с вниманием относился к людям, с которыми он работал.

Хотя работа Евгения значит для него очень много, очевидно, что семья для него намного важнее. С 1999 г. Евгений женат на Марине – она подарила ему двух очаровательных детей, Павла и Полину. Все, что он делал после их рождения, было проникнуто стремлением сделать их жизнь лучше, а также обеспечить им лучшее образование, насколько это возможно. Одна из причин, по которой Евгений согласился поехать в США, – это желание, чтобы его дети в совершенстве владели английском языком. И хотя Евгений часто работал сверхурочно, он всегда находил время для своих детей, несмотря на свою усталость и занятость.

Сейчас, когда Евгений вдалеке от своей семьи, наши сердца разрываются от того, что он не может наблюдать за тем, как растут его дети. Наши внуки, которым всего лишь 7 и 10 лет, глубоко травмированы неожиданной потерей возможности быть со своим отцом. Днями и ночами мы молимся о возвращении Евгения.

Мы воспитали Евгения участливым человеком, готовым всегда прийти на помощь своей семье, друзьям и коллегам. Заботливость – это ключевое качество личности Евгения.

К примеру, когда Евгению было 19 лет, он спас жизнь своей бывшей классной руководительнице. У него очень редкая группа крови. У его классной руководительницы, Надежды Макаровны Сюсюкаловой, также была редкая группа крови, и ей срочно требовалось переливание крови. Ее родственники обратились за помощью к Евгению, и поскольку его кровь подходила для переливания, он незамедлительно согласился помочь. Он сдал кровь, чем спас ей жизнь.

Ваша честь, мы надеемся, что принимая решение, Вы проявите милосердие по отношению к его жене, детям и нам, позволив ему в скором времени вернуться к своей семье.

2

Если Вы сочтете, что мы можем быть полезны каким-либо иным образом, свяжитесь, пожалуйста, с нами по телефону +7(926)377-0499, +21625404461, buryakovatv@mail.ru.

С уважением,

Евгений Петрович Буряков                    Татьяна Васильевна Бурякова

3