# EXHIBIT 4

From:
Rev. Ioann Lapidus
Staraya Basmannaya 22a/3, 60
Moscow, 105066
Russian Federation

To:
Hon. Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

May 10, 2016


Dear Judge Berman:

My name is Rev. Ioann Lapidus. I am an archpriest of the Russian Orthodox Church. I was appointed as the Rector of the Church of Venerable Sergius of Radonezh in Johannesburg, South Africa in 2004, following the resolution of Patriarch of Moscow and all Russia Alexy II, and held this post until 2009.

I met Evgeny in 2004 at the Church after my arrival in Johannesburg. He seemed to be a very kind and humble person. As we grew closer, my first impression of Evgeny did not change. During their stay in Johannesburg, Evgeny and Marina were exemplary parishioners who always volunteered to help the Church in conducting charitable work. This showed me that Evgeny had a very kind and caring soul. I am convinced that Evgeny is an extremely good Christian.

In recognition of Evgeny's commitment and assistance to the Church of Venerable Sergius of Radonezh, he was even awarded a medal of Venerable Sergius of Radonezh of the first class by His Holiness Patriarch of Moscow and all Russia Alexy II in October 2008. This is a very distinctive and honored award of the Russian Orthodox Church.

I used to spend a great deal of time talking to Evgeny about religion, life and the immediate stresses and problems that his busy work schedule created for Evgeny's wife Marina, with whom I also became close during Evgeny and Marina's stay in South Africa in 2004 – 2009. Their virtuousness and sincerity were acknowledged by everyone within our Russian community in Johannesburg. Their family was always an example to follow, in particular in the way they were bringing up their young children.

I remember Evgeny as a devoted family man, a man of virtue, and a loving husband and father who actively participated in the upbringing of his children. He has been an ideal father for his son Pavel and his daughter Polina. Given their tightly-knit family, it would be a significant hardship for the Buryakov family to be separated for much longer. It is particularly true given

that Pavel and Polina are at an age when every day matters, and Evgeny has already missed a significant portion of time with them.

I pray every day that Evgeny will be reunited with his wife Marina and his children Pavel and Polina very soon.

Your Honor, I pray that you show mercy to this kind and religious man following the words of Our Merciful Lord Jesus Christ "Blessed are the merciful: for they shall obtain mercy" (Matth., 5, 6).

I would be most pleased to answer any questions you may have and can be reached at j.lapidus@mail.ru or on +7 909 623 45 15.

Sincerely yours,

прот. Иоанн Лапидус

Rev. Ioann Lapidus