UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

EVGENY BURYAKOV,

                Defendant.

15 CR. 73 (RMB)

---

### DECLARATION OF SCOTT HERSHMAN
### IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM

I, Scott Hershman, hereby declare as follows:

1. I am an attorney duly authorized to practice law in the State of New York and am admitted to practice before this Court. I am a partner at White & Case LLP, counsel for Defendant Evgeny Buryakov in the above-captioned matter. I submit this declaration in support of Defendant's Sentencing Memorandum.

2. Attached as Exhibit A is a true and correct copy of the Plea Agreement, dated March 9, 2016, between the Office of the United States Attorney for the Southern District of New York and Defendant Evgeny Buryakov.

3. Attached as Exhibit B is a true and correct copy of the draft Presentence Investigation Report prepared April 21, 2016 by the Probation Office and mailed to counsel for Defendant, April 26, 2016. Defendant has applied to file this document under seal.

4. Attached as Exhibit C is a true and correct copy of a letter, dated May 10, 2016, containing Defendant's objections and clarifications to the draft Presentence Investigation Report, sent by counsel for Defendant to the Probation Office. Defendant has applied to file this document under seal.

2

5.  Attached as Exhibit D is a true and correct copy of a letter, dated May 10, 2016, containing Defendant's Financial Affidavits, sent by counsel for Defendant to the Probation Office. Defendant has applied to file this document under seal.

6.  Attached as Exhibit E is a true and correct copy of an article written by Solarina Ho and published by Reuters, dated Aug. 28, 2013, titled "Bombardier, Rostec in tentative turboprop aircraft deal." The article is available at http://www.reuters.com/article/us-russia-airshow-bombardier-idUSBRE97R14920130828 and was last accessed May 11, 2016.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in New York, New York on May 11, 2016.

                                                                                                      Scott Hershman