F615burC

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,

4              v.                              15 Cr. 73 (RMB)

5    EVGENY BURYAKOV,

6              Defendant.

7    ------------------------------x

8                                             New York, N.Y.
                                              June 1, 2015
9                                             2:10 p.m.

10
     Before:
11
                     HON. RICHARD M. BERMAN,
12
                                              District Judge
13

14                        APPEARANCES

15   PREET BHARARA
          United States Attorney for the
16        Southern District of New York
     ADAM FEE
17   ANNA SKOTKO
          Assistant United States Attorney
18
     WHITE & CASE
19        Attorney for Defendant
     BY:  SCOTT HERSHMAN
20
     ALSO PRESENT:   ANDREW TARUTZ, Russian interpreter
21
                                    Clerk to docket
22
                     SO ORDERED: _Richard M. Berman_
23
                     _____
24                   RICHARD M. BERMAN U.S.D.J.
25                               3/30/17

                SOUTHERN DISTRICT REPORTERS, P.C.
                       (212) 805-0300

F615burC                         conference

1           (Case called)

2           THE COURT:  So, the goal today is to, I think we will

3    be able to conclude the Curcio proceeding in connection with

4    Mr. Buryakov's legal representation.  So, preliminarily I have

5    two things I want to say, probably unnecessarily, but I will

6    say them anyway.

7           The first is that whatever we say or discuss today and

8    even the questions that I ask of Mr. Buryakov do not, in any

9    way, diminish the presumption of innocence which attaches to

10   every defendant in every criminal case.  And, any questions I

11   might ask, there is no inference that in any way diminishes or

12   detracts from that presumption.  Mr. Buryakov is presumed

13   innocent unless and until such times a jury might determine

14   otherwise.

15          The second point I would like to make at the outset is

16   that relatedly, anything I say is not in any way intended to

17   diminish the reputation of White & Case or Mr. Hershman.  So, I

18   want to make it clear in asking the questions that I do, do

19   just that.  In no way is that to suggest that there is any

20   impropriety on behalf of White & Case or Mr. Mr. Hershman.

21   These are questions that were raised and are being asked today,

22   raised originally by the government as a result of the fact

23   that the bank, at which Mr. Buryakov was employed, is paying

24   the legal fees for Mr. Buryakov in this case.

25          So, does anybody have any thoughts or comments they

F615burC                    conference

1  might make about that?  No.

2          So, we have, first off, as a result of the discussions

3  we had at the last conference, a new engagement letter

4  submitted by White & Case which I think is very helpful,

5  particularly to the issues that we were discussing.  This

6  morning, I don't know if you had a chance to see it,

7  Mr. Hershman, but I did, by memo endorsement, ask that just to

8  close the a loop here, it would be helpful to me if the

9  engagement letter could be signed by someone at the bank

10  because this letter does refer to the separate VEB agreement

11  and your letter, that is to say the White & Case letter dated

12  May 21st, 2015, says that, in effect, notwithstanding what is

13  contained in the VEB agreement, this is the retainer

14  relationship between White & Case and Mr. Buryakov.

15          Do you think you would be able to accomplish that?

16          MR. HERSHMAN:  Yes.  I didn't see your Honor's memo

17  endorsement.

18          THE COURT:  I'm sorry.  Do you have it?

19          MR. HERSHMAN:  Yes.  We should be able to accomplish

20  that.

21          THE COURT:  I didn't think it would be substantive.

22          MR. HERSHMAN:  Yes.

23          THE COURT:  So, I will assume that that is in the

24  works.

25          MR. HERSHMAN:  Yes, your Honor.

F615burC                         conference

1              THE COURT:  Also, as has happened in the past, we have

2    had a Russian interpreter in court, we have one here today.   In

3    the prior proceedings I think Mr. Buryakov has had the

4    interpreter on a standby basis in the event that something

5    comes up he doesn't understand.

6              Is that the way you wish to proceed today as well?

7              THE DEFENDANT:  (In English)  Yes, your Honor.

8              THE COURT:  So you understand what I am saying.

9              THE DEFENDANT:  (In English)  Yes, your Honor.

10             THE COURT:  If you don't, when we get to any

11   particular point and you want to use the interpreter, you feel

12   free do that.

13             THE DEFENDANT:  (In English)  Thank you.

14             THE COURT:  One other thing, Mr. Hershman.

15             The last time, rather, with respect to the prior

16   engagement letter, you had requested that it not be put on the

17   docket but we did, I think, because the -- well, I did because,

18   in part, the issues were discussed fully in public anyway.  And

19   I know you have made the same request with regard to this

20   engagement letter but unless there is something in here that

21   really dramatically concerns you, I would prefer to do the same

22   with this letter so that the public can see the difference

23   between this letter and the prior letter and that you in fact

24   have made the alterations that I think are helpful to

25   progressing this case forward.

F615burC                    conference

1          MR. HERSHMAN:  I have no objection.

2          THE COURT:  Okay.  So, we will do that as well.

3          So, following the subsequent, the new engagement

4    letter, the government has nevertheless submitted some revised

5    questions, I guess, and for the most part those, I do intend to

6    ask those questions.  It should be noted that Mr. Hershman

7    feels like I think that everything was satisfied as a result of

8    the engagement letter, the concerns of the Court, and I think

9    it is prudent to ask many of these questions in any event to

10   conduct a Curcio because of the potential for a conflict of

11   interest.

12         It was my understanding from the last conference,

13   Mr. Hershman, that White & Case does in fact or has in fact in

14   the past represented the same bank in other matters, unrelated

15   matters; is that correct?

16         MR. HERSHMAN:  Unrelated matter, Judge.

17         THE COURT:  Does it continue to do that?

18         MR. HERSHMAN:  That is unclear that there is any

19   active matter.

20         THE COURT:  I see.

21         So, did anybody want to characterize their position as

22   I say, the government or the defense, differently than I have?

23         MR. FEE:  No, your Honor.  Thank you.

24         MR. HERSHMAN:  No.  My letter -- I have said in my

25   letter that we leave to the discretion of the Court the

F615burC                    conference

1   questions that the court may want to pose to Mr. Buryakov.

2          THE COURT:  So, I do have a series -- I would ask the

3   Court deputy to swear in Mr. Buryakov before we proceed.

4          THE DEPUTY CLERK:  Sir, if you could please stand for

5   a moment and raise your right hand?

6          (Defendant sworn)

7          THE COURT:  Mr. Buryakov, would you start by stating

8   your full name for the record?

9          THE DEFENDANT:  (In English)  My name is Evgeny

10  Burakov.

11         THE COURT:  And you are -- how old are you?

12         THE DEFENDANT:  (In English)  I'm 40 years old.

13         THE COURT:  And you are a citizen of what country?

14         THE DEFENDANT:  (In English)  I am citizen of the

15  Russian Federation.

16         THE COURT:  How far did you go in school and where was

17  that?

18         THE DEFENDANT:  (In English)   I hold about two

19  university diploma, so I spent about 20 years in education.

20         THE COURT:  How many?

21         THE DEFENDANT:  (In English)  20 years.

22         THE COURT:  20?

23         THE DEFENDANT:  (In English)  Yes, and it was in

24  Russia.

25         THE COURT:  This is a question we ask in all of these

F615burC                       conference

1    matters, it doesn't mean to imply that there is any issue but

2    the question is:  Are you now or have you recently been under

3    the care of a medical doctor?

4              THE DEFENDANT:  (In English)  No.  No, I'm not.

5              THE COURT:  For a mental health, physician?

6              THE DEFENDANT:  (In English)  No, I'm not.

7              THE COURT:  How is your health today?

8              THE DEFENDANT:  (In English)  My health is good.

9              THE COURT:  And your mental health?

10             THE DEFENDANT:  (In English)  Yes.  Everything is

11   fine.

12             THE COURT:  Have you ever been addicted to drugs or to

13   alcohol?

14             THE DEFENDANT:  (In English)  No, never.

15             THE COURT:  Have you ever been hospitalized or treated

16   for any addiction?

17             THE DEFENDANT:  (In English)  No, never.

18             THE COURT:  Have you taken any drugs or medicine or

19   pills, or drunk any alcoholic beverages in the past 24 hours?

20             THE DEFENDANT:  (In English)  No, I haven't.

21             THE COURT:  Is there anything that might affect your

22   answers to my questions?

23             THE DEFENDANT:  (In English)  No.

24             THE COURT:  How are you feeling today physically?

25             THE DEFENDANT:  (In English)  I am good.

F615burC                    conference

1          THE COURT:  And mentally?

2          THE DEFENDANT:  (In English)  Good.  Thank you.

3          THE COURT:  Okay.

4          So, it has been represented that you are employed by

5   the Vnesheconombank -- VEB -- Bank; is that correct?

6          THE DEFENDANT:  (In English)  Yes.

7          THE COURT:  And how long have you been employed by

8   them?

9          THE DEFENDANT:  (In English)  I have been employed

10  with Vnesheconombank since 2002.

11         THE COURT:  And what position do you hold?

12         THE DEFENDANT:  (In English)  It is different

13  positions; expert of first category, then deputy representative

14  in the Republic of South Africa, representative -- head

15  representative in the Republic of South Africa, then deputy

16  head of the division and head of Moscow and here in New York,

17  in New York Deputy Representative of VEB.

18         THE COURT:  Are you aware of the criminal charges that

19  have been presented against you in this Court.

20         THE DEFENDANT:  (In English)  Yes, I am.

21         THE COURT:  Have you discussed the indictment in this

22  case with counsel?

23         THE DEFENDANT:  (In English)  Yes, your Honor.

24         THE COURT:  Who is your counsel?

25         THE DEFENDANT:  (In English)  My counsel now is

F615burC                    conference

1    Mr. Hershman.

2        THE COURT:   And you have discussed the charges in the

3    indictment with him?

4        THE DEFENDANT:   (In English)  Yes.  Yes, I did.

5        THE COURT:   And, do you feel you have an understanding

6    of the indictment in the charges against you?

7        THE DEFENDANT:   (In English)  Yes.  Yes, I do.

8        THE COURT:   Do you realize that the basic, I would

9    say, accusation in the indictment, is that you have acted in

10   the United States as an unregistered foreign agent of the

11   Russian Federation?

12       THE DEFENDANT:   (In English)  Yes, I realize that.

13       THE COURT:   You do understand that.

14       Do you realize that VE Bank is, as we have said before

15   or has been, also a client of the law firm at which

16   Mr. Hershman is partner, White & Case?

17       THE DEFENDANT:   (In English)  Yes, I do.

18       THE COURT:   Do you understand what is happening here

19   in court today with this, what we are calling a Curcio

20   proceeding, Curcio being the name of a famous case in American

21   law from which this kind of proceeding derives?

22       THE DEFENDANT:   (In English)  Yes.  Yes, your Honor.

23       THE COURT:   Here is a question for the lawyers:  Do

24   either of you have any doubts or concerns as to Mr. Buryakov's

25   competence to participate in this Curcio hearing?

F615burC                    conference

1          MR. FEE:  None, based on that colloquy.  Thank you,

2     your Honor.

3          MR. HERSHMAN:  No, your Honor.

4          THE COURT:  Either do I.

5          Based on the record today including Mr. Buryakov's own

6     testimony, I find that he is competent to proceed with this

7     Curcio hearing.

8          THE COURT:  So, Mr. Buryakov, you are currently

9     represented by Mr. Scott Hershman and other lawyers at the law

10    firm of White & Case; is that correct?

11         THE DEFENDANT:  (In English)  Yes.  That's correct.

12         THE COURT:  How long, approximately, have White & Case

13    represented you personally?

14         THE DEFENDANT:  (In English)  Since April 30th, 2015.

15         THE COURT:  And before that you were represented by, I

16    believe, of Mr. Naftalis of Latham & Watkins form; is that

17    correct?

18         THE DEFENDANT:  (In English)  That's correct.

19         THE COURT:  Are you satisfied with Mr. Hershman and

20    White & case's legal representation of you up until now?

21         THE DEFENDANT:  (In English)  Yes.  Completely.

22         THE COURT:  Is it your wish to continue to be

23    represented by Mr. Hershman and White & case?

24         THE DEFENDANT:  (In English)  Yes, it is.

25         THE COURT:  And have you personally paid Mr. Hershman

F615burC                    conference

1    or White & Case, or promised to pay them or the firm any money

2    of your own for their services in this case?

3             THE DEFENDANT:  (In English)  No, I haven't.

4             THE COURT:  And are you aware who is paying White &

5    Case on your behalf?

6             THE DEFENDANT:  (In English)  Yes, I am.

7             THE COURT:  Is it VE Bank, your employer?

8             THE DEFENDANT:  (In English)  Yes.  That's correct.

9             THE COURT:  And you understand that White & Case has

10   entered into a separate agreement with VE Bank?

11            THE DEFENDANT:  (In English)  Yes, I do.

12            THE COURT:  Have you had a chance to review that

13   agreement?

14            THE DEFENDANT:  (In English)  Yes, I have.

15            THE COURT:  And so, you are familiar with its terms

16   and its conditions?

17            THE DEFENDANT:  (In English)  Yes.

18            THE COURT:  And are those satisfactory to you?

19            THE DEFENDANT:  (In English)  Yes, your Honor.

20            THE COURT:  And are you aware that VE Bank is a

21   Russian Federation state-owned entity?

22            THE DEFENDANT:  (In English)  Yes.

23            THE COURT:  Do you understand further that in every

24   criminal case, of which this is one you, as the defendant, are

25   entitled to be represented by an attorney or attorneys whose

F615burC                    conference

1   loyalty to you is undivided and who are not subject to any

2   consideration that might, in any way, intrude upon the

3   attorney's loyalty to you?

4              THE DEFENDANT:  (In English)  Yes, I do, your Honor.

5              THE COURT:  And some of these questions may be

6   repetitive but I'm going to ask them anyway; is it your choice

7   to be represented by Mr. Hershman and White & Case?  Is that

8   your decision?

9              THE DEFENDANT:  (In English)  Yes, it is.

10             THE COURT:  Have you made that decision freely and

11  voluntarily?

12             THE DEFENDANT:  (In English)  Yes.  Yes, your Honor.

13             THE COURT:  And without any promises, threats, or

14  inducements being made or offered to you with regard to the

15  choice of counsel?

16             THE DEFENDANT:  (In English)  Yes, your Honor.

17             THE COURT:  Do you understand that whenever, in every

18  situation where someone other than the defendant in this case,

19  in this case it would be you, is paying the lawyer who is

20  representing that defendant, it is possible that whoever is

21  paying may have interests that are different from the

22  defendant's own interest.

23             Do you realize that?

24             THE DEFENDANT:  (In English)  Yes, I do understand

25  that.

F615burC                    conference

1           THE COURT:  And you understand that in such a

2    situation the lawyer's judgment may be -- may be -- influenced

3    by the wishes of whoever is paying the legal bill?

4           THE DEFENDANT:  (In English)  Yes, I do.

5           THE COURT:  And what the lawyer thinks are the wishes

6    of whoever is paying the legal bill may dominate rather than

7    the wishes of the defendant?

8           Do you understand that is a possibility?

9           THE DEFENDANT:  (In English)  Yes.  I understand that

10   there is such a possibility.

11          THE COURT:  So, it is possible in this case -- I'm not

12   saying that it is actual but it is certainly a potential that

13   Mr. Hershman and others working with him at White & Case may be

14   influenced in the advice that they give you and in the way that

15   they defend you by what they are told are the wishes of, or

16   what they think may be the wishes of the VE Bank or the Russian

17   Federation for that matter?

18          THE DEFENDANT:  (In English)  Yes, I understand that

19   theoretically it may be possible but, in reality, I see that

20   Mr. Hershman defends only my interests and he acts only under

21   my control.

22          THE COURT:  Thank you.

23          Do you understand that this potential or theoretical

24   situation, having your lawyer paid by someone other than you,

25   creates a risk that your lawyer may not be acting solely in

F615burC                        conference

1    your interests?

2            THE DEFENDANT:  (In English)  Yes, I do.

3            THE COURT:  And, do you understand that if you

4    continue with the current arrangement, that is to say with

5    Mr. Hershman and White & Case acting as your counsel, your

6    defense will be paid for by an entity -- the VE Bank -- that is

7    wholly owned by the Russian Federation?

8            THE DEFENDANT:  (In English)  Yes.  Yes, your Honor.

9            THE COURT:  And that this situation, having your

10   defense paid by an entity wholly-owned by another government or

11   the government in this case of which you are accused of acting

12   as an unregistered foreign agent, creates a potential risk that

13   your lawyers may have a financial incentive to act in the

14   interests of the Russian Federation and/or the bank rather than

15   solely in your best interests?

16           THE DEFENDANT:  (In English)  Yes.  I understand that.

17           THE COURT:  Have you spoken with any other lawyers

18   other than Mr. Hershman about this situation, that is to say

19   about the risks of being defended by white and case in this

20   case and Mr. Hershman?

21           THE DEFENDANT:  (In English)  No, I haven't, your

22   Honor.

23           THE COURT:  And, do you understand that you have the

24   right to do that, that is to say you would have the right to

25   consult with a lawyer other than Mr. Hershman and other than

F615burC                        conference

1    other lawyers at White & Case to determine whether you feel it

2    is in your best interest to continue with Mr. Hershman and with

3    White & Case as your counsel?

4              THE DEFENDANT:  (In English)  Yes, I do.

5              THE COURT:  And you understand that if you wished, I

6    would supply, certainly give you the opportunity and if you

7    could not afford other counsel, I would even appoint counsel to

8    consult with you about this very situation, that is to say the

9    possibility of a conflict of interest by virtue of the fact

10   that someone other than yourself is paying the legal bills in

11   this case?

12             THE DEFENDANT:  (In English)  Yes, I do, your Honor.

13             THE COURT:  And, in fact, also, do you understand that

14   the Court -- that is to say me -- in fact encourages you to

15   consult with another lawyer about this potential conflict of

16   interest?

17             THE DEFENDANT:  (In English)  Yes.  Yes, I do.

18             THE COURT:  Notwithstanding all of that, is it your

19   wish to have such a consultation with another lawyer about

20   potential conflict of interest?

21             THE DEFENDANT:  (In English)  Yes, I would like to do

22   that.

23             THE COURT:  You would like to?

24             THE DEFENDANT:  (In English)  Yes.

25             THE COURT:  All right.

F615burC                         conference

1          We have CJA counsel Sean Maher here today.  He was

2     here at the last conference as well.

3          Mr. Maher, you heard what was discussed at the last

4     conference and what is being discussed today; do you think you

5     understand the issues involved in this potential conflict of

6     interest by virtue of the fact that Mr. Buryakov's legal bills

7     are being paid by a third-party?

8          MR. MAHER:  I think I have an understanding of the

9     issues.

10          THE COURT:  And would you be able and willing to

11     discuss with him the potential problems or conflicts that could

12     arise as a result of that?

13          MR. MAHER:  Yes.

14          THE COURT:  Then, if it is all right with you, I will

15     take a pause here at this point in time and ask Mr. Maher to

16     consult with Mr. Buryakov.  You can take as long as you want,

17     as long as you need, and you will just let us know when you

18     have concluded that.

19          Is that fair?  Is that all right with you,

20     Mr. Hershman?

21          MR. HERSHMAN:  Yes, that's fine.

22          THE COURT:  And Mr. Maher?

23          MR. MAHER:  Sounds good.  Thank you.

24          THE COURT:  Mr. Buryakov, is that all right with you?

25          THE DEFENDANT:  (In English)  Yes.  Thank you.

F615burC                    conference

1            THE COURT:  So, we will take a break at this point and

2   have that consultation.  We will ask the marshals to help us

3   out.

4            Thank you, everyone.  So, we will adjourn until we

5   hear from counsel.

6            Thanks a lot.

7            (recess)

8            THE COURT:  Please, be seated.

9            So, Mr. Buryakov, have you had adequate chance to

10  discuss with CJA counsel Mr. Maher the issues that I have

11  raised earlier today and in the previous court proceeding?

12           THE DEFENDANT:  (In English)  Yes, I have, your Honor.

13  Thank you very much for this opportunity.

14           THE COURT:  You are very welcome.

15           Did you have a chance to ask him whatever you needed

16  to ask him?  And I am going to even ask Mr. Maher a question.

17           THE DEFENDANT:  (In English)  Yes.  I asked everything

18  I wanted to ask and I received answers for each of my

19  questions.

20           THE COURT:  And, Mr. Maher, is it your opinion that

21  Mr. Buryakov understands the issues that we are talking about

22  today?

23           MR. MAHER:  Yes.

24           THE COURT:  Thank you.

25           So, let me just take a minute to ask you,

F615burC                    conference

1   Mr. Buryakov, in connection with what we have been discussing

2   these potential conflict of interest issues, to describe to me,

3   in your own words, how you understand or what you understand

4   the potential conflict or conflicts of interest that could

5   arise in this case?

6           THE DEFENDANT:   (In English)   Your Honor, my

7   understanding of this situation is the following.

8           As far as I do not pay the legal fee in this case for

9   my attorney and these legal fees are to be paid by my employer,

10  by the third-party, theoretically it may be possible that the

11  activity of my attorney in this case may be influenced by this

12  third-party or my employer.   So, it may create a conflict of

13  interest between me and my attorney.   But, at the same time, I

14  would like to underline that there is no conflict of interest

15  and Mr. Hershman, as I can see, he acts only in my interest and

16  defends only my interests and acts only under my control.

17          THE COURT:   Thank you.   I have just a few more

18  questions to ask you.

19          You do understand that you have the right to object to

20  Mr. Hershman and White & Case's continued representation of you

21  based on these potential conflicts?

22          THE DEFENDANT:   (In English)   Yes, I do understand,

23  your Honor.

24          THE COURT:   And it is also important that you

25  understand that no one, including the Court, can predict with

F615burC                         conference

1   any certainty, the course that this case will take or may take

2   and no one, including myself, can foresee all the ways in which

3   you could be disadvantaged by being represented by Mr. Hershman

4   and White & Case?  For example, it is possible that some set of

5   facts might arise where your interests in this case may run

6   directly counter to the interests of the bank and the Russian

7   Federation.

8              You understand that?

9              THE DEFENDANT:  (In English)  Yes, I do understand,

10  totally.

11             THE COURT:  And do you understand that, in my opinion,

12  incidentally, I perhaps didn't make this clear, but based on my

13  experience as a Judge, in my opinion it is not advisable to

14  proceed with an attorney who has a potential conflict of

15  interest.

16             Do you understand that?

17             THE DEFENDANT:  (In English)  Yes, I do understand

18  that.

19             THE COURT:  And do you understand that if you do

20  proceed with Mr. Hershman and with White & Case and in the

21  event that you are -- this is hypothetical for the moment -- in

22  the event that you were to be convicted, you would not be able

23  to make an argument or to appeal on the grounds that there was

24  this potential conflict of interest of Mr. Hershman and the

25  White White & case firm?

F615burC                    conference

1          THE DEFENDANT:  (In English)  Yes, I do, your Honor.

2          THE COURT:  And that would stem from the fact that VE

3    Bank is paying the legal bills.

4          THE DEFENDANT:  (In English)  Yes.

5          THE COURT:  Do you agree that you give up or waive the

6    right to make such an argument if it were ever to come into

7    play down the road?

8          THE DEFENDANT:  (In English)  Yes, I do.

9          THE COURT:  Is there anything that I may have said

10   that you wish to have further explanation of?

11         THE DEFENDANT:  (In English)  No.  Thank you.

12         THE COURT:  All right.  So, here is the key question.

13   Now that you have heard my questions and given the answers that

14   you have given and you have participated in these court

15   proceedings today and the previous hearing that we had, and now

16   having had the opportunity to consult with CJA counsel

17   Mr. Maher, do you wish to continue with Mr. Hershman and the

18   White & Case firm as your attorneys?

19         THE DEFENDANT:  (In English)  Yes, I do, your Honor.

20         THE COURT:  Are there any other questions that anybody

21   can think of that they would like to have me ask?

22         MR. HERSHMAN:  No, your Honor.

23         MR. FEE:  No.  Thank you.

24         THE COURT:  I think then that thanks, Mr. Buryakov,

25   that concludes our work for today.  I will look for that

F615burC                    conference

1   endorsement when you get a chance -- as soon as you get a

2   chance actually, Mr. Hershman.

3           What do you all think about a next court date?  Have

4   you had a chance to talk?  We might go off the record if you

5   want to talk with Mr. Hershman and see if you can come up with

6   a mutually agreeable date.

7           MR. FEE:  Of course, your Honor.

8           (counsel conferring)

9           MR. FEE:  Hi, your Honor.

10          We conferred and Mr. Hershman's wish was June 11th as

11  the date for him to return and report on any motions and set a

12  schedule at that proceeding -- obviously, if it works for the

13  Court.

14          THE COURT:  So, on that day I am at judicial

15  conference for the Second Circuit.  I could do the 9th for sure

16  if you could do that, or I could do the following week just

17  about any day.

18          MR. HERSHMAN:  I think it will have to be the 9th

19  because I will be at my daughter's graduation after.  The 9th

20  is fine.

21          THE COURT:  How about noon on the 9th?

22          MR. HERSHMAN:  Okay.

23          THE COURT:  So, let me tell you where I come out.

24          Based on the record, the transcript and the record

25  established here today as well as the record and transcript of

F615burC                      conference

1    the May 18, 2015 conference and the written submissions by both

2    the defense and the government, I conclude that Mr. Buryakov

3    has knowingly and voluntarily waived his right to have new

4    counsel who have no potential conflicts of interest with him

5    and he has waived that right for all purposes including any

6    appeal should there be any in this matter, and that also he

7    may, accordingly, continue with White & case as his counsel and

8    Mr. Scott Hershman as his attorney, in particular.

9         That concludes our work for today.  I would like for

10   you to get me that acknowledgment as soon as you can.  I know

11   you will.

12        Is there an application with respect to time between

13   today and June 9?

14        MR. FEE:  There is, your Honor.  We ask that the Court

15   exclude time under the Speedy Trial Act in the interest of

16   justice so that the defense can have additional time to review

17   discovery and to consider which motions it intends to file.

18        THE COURT:  Okay.

19        I am going to find under 18, United States Code,

20   Section 3161 that the request for adjournment, joined in by

21   both sides, to and including June 9, 2015, is appropriate and

22   warrants exclusion of the adjourned time from speedy trial

23   calculations.

24        I further find that the exclusion is designed to

25   prevent any possible miscarriage of justice, to facilitate

F615burC                        conference

1   these proceedings, and to guarantee effective representation of

2   and preparation by counsel for both parties.  Thus, the need

3   for exclusion and the ends of justice outweigh the interests of

4   the public and the defendant in a speedy trial pursuant so

5   18 U.S.C. Section 3161(h)(7)A and B.

6            And, finally, thanks to Mr. Maher for stepping in and

7   lending us a hand during the course of these proceedings on May

8   18 and today, June 1st.

9            Thanks very much.  We are adjourned.

10                              oOo