JOON H. KIM
Acting United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

                Plaintiff,

                - v. -

EVGENY BURYAKOV,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SATISFACTION OF JUDGMENT

15 CR 0073 (RMB)

SOUTHERN DISTRICT OF NEW YORK

      Satisfaction is acknowledged between United States of America, plaintiff, and Evgeny Buryakov, defendant, for the fine in the amount of $10,000.00 and the special assessment in the amount of $100.00 amounting in all to the sum of $10,100.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 25th day of May 2016.

                                       JOON H. KIM
                                       Acting United States Attorney for the
                                       Southern District of New York

                            By: _____
                                KATHLEEN A. ZEBROWSKI
                                Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

      On the 4th day of December 2017 before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, personally know to me or proved to me on the basis of satisfactory evidence, to be the individual whose name is subscribed to, in the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

                KATHY TAYLOR
           Notary Public, State of New York
               No. 01TA5077230
            Qualified in Kings County
         Commission Expires May 5, 19